United States District Court
For the District of Rhode Island

Douglas Pelletier pro se
Plaintiff

v C.A. No. N1/89-194

State of Rhode Island and
Rhode Island Parole Board
Respondent

# Affidavit of Indigency

I, Douglas Pelletier, plaintiff in the above entitled case, make affidavit being first sworn and under oath that after payment of necessary and reasonable expenses for cosmetics, food, underclothes, footwear, and medical care, I do not have sufficient income or assets to enable me to retain counsel, nor is there anyone to whom I am entitled to look for support.

In support of this affidavit I refer to and incorporate herein attached financial records, (see Appendix (ix)).

Respectfully Submitted,
[signature]
Douglas Pelletier pro se

(X)

ID # 76890
P.O. Box 8274
Medium I AR-41
Cranston, RI, 02920

Certification

I, Douglas Pelletier do hereby certify that a true copy of this motion was mailed via the U.S. Postal Service to the Attorney General's office at 150 South main St., Providence, RI, 02903, an additional copy was mailed through the inter-departmental mail system of the Adult Correctional Institutions to Lisa Holley of the Rhode Island Parole Board at 40 Howard Ave, Cranston, RI, 02920, both copies were mailed on this 22nd day of MAY 2007.

Douglas Pelletier

(Y)