United States District Court
For the District of Rhode Island

Douglas J. Pelletier prose
Plaintiff

CA 07 186

V

C.A. No. N1/89-194

State of Rhode Island and
Rhode Island Parole Board
Respondent

Motion For Appointment of Counsel

Plaintiff is a prisoner confined at the Adult Correctional Institutions in Cranston, Rhode Island. Plaintiff has been incarcerated for over (18) years on a (60) year sentence. Due to his incarceration he is financially unable to retain counsel on his own. Plaintiff is also not well versed in the law and procedures of this Court. Plaintiff is seeking "In Forma pauperis" status and therefore "appointment of counsel", pursuant to the criminal Justice Act of Title 18 U.S.C. § 3006A (J) and (G).

Plaintiffs issues include his "liberty interest"; violations, and "equal protection clause", protections which were not considered under R.I. Gen. Laws § 13-8-14 and § 13-8-14.1 when plaintiff was last seen by parole or on the two occasions since where he had requested early reviews in accordance

(5)

with policies.

In this particular case, Counsel is warranted and appropriate since the issues are both novel and complex and involve Judicial matters not Familiar to plaintiff. These numerous issues, some of which would only be familiar to a seasoned Attorney. This is pursuant to Rhode Island Supreme Court Rule, (Article 1, Rule 4).

## Reasons Plaintiff Should be Represented by Counsel

1.) Plaintiff is indigent.

2.) Plaintiff is unfamiliar with the law and thus cannot best represent himself in a competent and professional fashion to protect his Constitutional rights.

3.) Justice would best be served in the instant case if Counsel was appointed to represent the plaintiff.

4.) Plaintiff believes it would save taxpayers money if an attorney is successful presenting these issues of Constitutional magnitude.

Therefore Plaintiff, Douglas J Pelletier, respectfully asks this Honorable Court to

Appoint Counsel to represent him in this matter.

Respectfully Submitted,

[signature]

Douglas J. Pelletier pro se
P.O. Box 8274
Medium I AR-41
Cranston RI 02920

Certification

I, Douglas Pelletier do hereby certify that a true copy of this Motion was mailed via the U.S. Postal service to the Attorney General's office at 150 South Main Street, Providence, R.I., 02903 and the Lisa Holley of the R.I. Parole Board at 40 Howard Ave, Cranston, RI, 02920. The parole boards copy was mailed through the inter-departmental mail system of the A.C.I., and both were mailed on this 22nd day of May, 2007.

[signature]