**RHODE ISLAND DEPARTMENT OF CORRECTIONS**
**SEX OFFENDER TREATMENT PROGRAM**

***INTEROFFICE MEMO***

Date: March 16, 2007

To: Douglas Pelletier
Dept. MED AR-41

From: **Peter Loss**, ACSW
Dept: **SOTP**

Subject: **YOUR LETTER**

I received and reviewed your letter dated 3-10-07 requesting my assistance in securing parole release, and accompanying evaluation.

Unfortunately, I cannot support parole discussion or consideration given the fact that you quit the Program in 2002.

I suggest you consider reentering the Program, and at some later point, when appropriate, parole issues could be discussed.

Appendix (VI)