United States District Court
For the District of Rhode Island

Douglas J. Pelletier pro se
V. Plaintiff C.A. NO. 07-186 S
State of Rhode Island and
Rhode Island Parole Board

Motion to Proceed in Forma Pauperis

Now comes the Plaintiff, Douglas Pelletier, in the above entitled action and declares that:

1.) I am currently incarcerated at the Adult Correctional Institutions and have no means to pay costs for this action.

2.) I have no assets and my only income is the (90) dollars per month working at the medium security kitchen. The majority of this income goes for basic living needs (cosmetics, underclothes, footwear, and medical fees).

3.) Because of my poverty, I am unable to give security, or to employ an attorney.

4.) I believe that I am entitled to redress in this action under penalty of perjury. I declare that the above statements are true and correct.

Plaintiff request this that Justice may be served in this matter.

Respectfully Submitted,
Douglas Pelletier
Douglas Pelletier pro se
P.O. Box 8274
Medium I AR-41
Cranston, RI, 02920

## Certification

I, Douglas Pelletier do hereby certify that a true copy of this motion was mailed via the U.S. Postal Service to the Attorney General's office at 150 South main Street, Providence, RI, 02903, in addition a copy was also mailed through the inter-departmental mail system of the A.C.I. to Lisa Holley of the Rhode Island Parole Board at 40 Howard Avenue, Cranston, 02920, both of these were mailed on this 30th day of May 2007.

Douglas Pelletier