UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOUGLAS J. PELLETIER, Plaintiff, | : | |
| v. | : | CA 07-186 S |
| STATE OF RHODE ISLAND and RHODE ISLAND PAROLE BOARD, Defendants. | : | |

**ORDER GRANTING**
**APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff Douglas J. Pelletier ("Plaintiff") seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). He has filed an affidavit making the required showing pursuant to § 1915(a)(1) and submitted a certified copy of his prisoner trust fund account statement pursuant to § 1915(a)(2). Accordingly, the request to proceed in forma pauperis will be granted. However, Plaintiff is required to pay the statutory filing fee of $350.00[1] for this action.

Pursuant to the Prison Litigation Reform Act of 1995 ("the Act"), adopted April 25, 1996, and codified at 28 U.S.C. § 1915(b)(1), a prisoner seeking to file in forma pauperis must pay as an initial filing fee the greater of twenty percent (20%) of the average monthly deposits to his account or the average monthly balance for the six months prior to the filing of his petition. Subsequently, a prisoner must pay monthly twenty percent (20%) of the previous month's balance in his account.

The Court has received a summary of Plaintiff's prisoner

---

[1] Pursuant to the Deficit Reduction Act of 2005, Pub. L. No. 109-171, enacted on February 8, 2006, the filing fee increased to $350.00 for civil actions filed on or after April 9, 2006.

trust fund account from the Rhode Island Department of Corrections, Adult Correctional Institutions ("ACI"), for the period of November 27, 2006, through May 25, 2007, and a certificate from an authorized officer at the ACI dated May 29, 2007. The summary demonstrates that Plaintiff received deposits to his account averaging $97.17 a month for the six-month period prior to the filing of this action. The officer certifies that Plaintiff maintained an average monthly balance of $132.00 in said account during the same period.

**Therefore, Plaintiff is required to pay an initial filing fee of $26.40, twenty percent (20%) of the average monthly balance in his prisoner trust fund account. The ACI is charged with making further monthly payments pursuant to the Act until the filing fee of $350.00 is paid in full.**

These payments shall be collected and forwarded by the ACI to the Clerk of the Court each time the amount in Plaintiff's prisoner trust fund account exceeds $10.00, until the entire filing fee is paid in full. See 28 U.S.C. § 1915(b)(2).

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
June 14, 2007

BY ORDER:

Deputy Clerk