Re: C.A. No. 07-186 S
Pelletier v State of RI and RI Parole Board

6/22/07

Dear Clerk,

Hello, I just got my notice of payment for my initial Filing Fee. At the same time though I was brought into RI Superior Court (on 6/22/07) for reargument / reconsideration on similar issues as raised in my 42 U.S.C. 1983. I am wondering if there is anyway I can postpone the initiation of the Filing Fee until August 3, 2007 when a decision on these issues is due back from Superior Court. Thank you for your time and cooperation in this matter.

Sincerely,
Doug Pelletier

Douglas Pelletier pro se
P.O. Box 8274
Medium I AR-42
Cranston RI
02920

copy: File