UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOUGLAS J. PELLETIER,<br>Plaintiff,<br><br>v.<br><br>STATE OF RHODE ISLAND and<br>RHODE ISLAND PAROLE BOARD,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CA 07-186 S |

**ORDER GRANTING**
**MOTION FOR EXTENSION OF TIME**

On June 14, 2007, the Court granted the application of Plaintiff Douglas J. Pelletier ("Plaintiff") to proceed in forma pauperis with regard to the instant § 1983 action. See Order Granting Application to Proceed in Forma Pauperis (Document ("Doc.") #9) at 1. However, the Court also noted that pursuant to the Prison Litigation Reform Act of 1995 ("the Act"), adopted April 25, 1996, and codified at 28 U.S.C. § 1915(b)(1), Plaintiff was required to pay as an initial filing fee the greater of twenty percent (20%) of the average monthly deposits to his prisoner trust fund account or the average monthly balance for the six months prior to the filing of his petition and, subsequently, to pay monthly twenty percent (20%) of the previous month's balance in his account. See id.

By letter dated June 22, 2007, to the Clerk of Court, see Letter from Plaintiff to Clerk of 6/22/07 (Doc. #10), which the Court treats as a motion for an extension of time ("Motion"), Plaintiff seeks an extension of time to August 3, 2007, to pay his initial filing fee of $26.40, see id. Plaintiff's Motion is hereby GRANTED. Plaintiff shall pay his initial filing fee of $26.40 not later than August 3, 2007.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
July 2, 2007

BY ORDER:

Deputy Clerk