Re: Pelletier v. State of Rhode Island
C.A. No. 1:07-CV-186

8/3/07

Dear Clerk,

Hello, I am writing the Court today seeking an extension on my stay to pay my initial Filing Fee on a 1983 civil suit (C.A. No. 1:07-CV-186). The Fee has actually been paid (is in limbo right now), but as I stated in my earlier letter the RI (Newport) Superior had decided to let me reargue/reconsider my post conviction motion (on issues similar to those raised in my civil suit). That decision was due back today (I've enclosed the Court notice), For some reason I was not brought to Court, nor have I received anything in the mail telling me when I will get that decision. I will be writing Newport superior Court today asking for my next Court date. I pray this Honorable Court understands the situation and grants an extension of this stay as these circumstances are beyond my control. If this is in anyway a problem then please go ahead and process the initial Filing Fee which has already been sent on June 21, 2007,

(2)

Check # 95004, the Court has sent a receipt of this transaction prior to granting the extension of time (stay). Please notify me of my standing. I thank you for your understanding, time, and cooperation. As soon as I get a new date from the Newport Superior Court I will contact your office, (provided an extension is granted).

Respectfully Submitted,
Douglas Pelletier

copy: File

Douglas Pelletier prose
P.O. Box 8274
Medium I AR-45
Cranston, RI
02920

P.S. The receipt # for the Filing Fee was 66293 (partial payment) (Geile, Wendy).