STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT CASE SCHEDULING OFFICE

# NOTICE OF COURT APPEARANCE

Date: June 27, 2007

**DOUGLAS J PELLETIER**
**PO BOX 8274**
**MEDIUM 1 AR-15 TOP**
**CRANSTON, RI 02920**

Case Number(s): **N1-1989-0194A**

State vs. **DOUGLAS J PELLETIER**

You are scheduled to appear at **NEWPORT COUNTY SUPERIOR COURT** on **03-AUG-2007** at **09:30 AM** in **COURTROOM NO. 4** for **DECISION (WRITTEN)** before **JUDGE THUNBERG**. Please bring this notice to court with you. * THIS NOTICE MAY BE IN ADDITION TO OTHER NOTICES YOU HAVE RECEIVED AND DOES NOT SERVE TO VACATE ANY OTHER COURT DATES YOU MAY HAVE SCHEDULED.

Failure of a defendant to appear shall result in an arrest warrant being issued.

Kent Case Scheduling Office
222 Quaker Lane – Suite 400
Warwick, RI 02886
Telephone: 822-6923

**COURTHOUSE ADDRESSES:**

**KENT SUPERIOR COURT**
222 Quaker Lane – 4th Floor
Warwick, RI 02886
TDD# (Disability) 822-6728

**NEWPORT SUPERIOR COURT**
45 Washington Square – 2nd Floor
Newport, RI 02840
Telephone: 841-8330
TDD# (Disability) 841-8331

**WASHINGTON SUPERIOR COURT**
4800 Tower Hill Road
Wakefield, RI 02879
Telephone: 782-4121
TDD# (Disability) 782-4139

**PROVIDENCE SUPERIOR COURT**
250 Benefit Street
Providence, RI 02903
Telephone: 222-3250
TDD# (Disability) 222-4318