UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOUGLAS J. PELLETIER, Plaintiff, | : | |
| v. | : | CA 07-186 S |
| STATE OF RHODE ISLAND and RHODE ISLAND PAROLE BOARD, Defendants. | : | |

**ORDER**
**DENYING MOTION**
**FOR FURTHER EXTENSION OF TIME**

On August 7, 2007, the Clerk received a letter from Plaintiff Douglas J. Pelletier ("Plaintiff") requesting "an extension on my stay to pay my initial filing fee on a [§] 1983 civil suit ...." Letter from Plaintiff to Clerk of 8/3/07 at 1. The Court treats the letter as a motion by Plaintiff for a further extension of time to pay his initial filing fee.[1] The motion is DENIED.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
August 9, 2007

[1] On July 2, 2007, the Court granted Petitioner an extension of time to August 3, 2007, to pay his initial filing fee of $26.40. <u>See</u> Order Granting Motion for Extension of Time (Document #11).