Revised 4/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Douglas Pelletier

RE: CA 07-186S

Douglas Pelletier v. ~~State of Rhode Island~~

**ORDER**

I have reviewed your document(s) presented to the Clerk's Office on 9 / 4 / 07 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

_____ Your document(s) are hereby refused and returned to you for the following reason(s):

____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11(a)) (DRI LR Cv 5(a)(5)) (DRI LR Cr 57(a)(4)).

____ 2. All motions and objections with accompanying memoranda must be filed in triplicate. (original and two copies) (DRI LR Cv 7 (c)).

____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (DRI LR Cv 7 (a)).

____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (DRI LR Cv 5 (b));
b) Summons (Fed. R. Civ. P. 4(a), (b));
c) Filing fee of $350.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

____ 5. Papers will not be accepted for filing without a certificate of service. (Fed. R. Civ. P. 5(d)) (DRI LR Cv 5.1(a)(1)) (Fed. R .Crim. P. 49).

____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses, and Objections (Fed. R. Civ. P. 26(a), 34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2)), shall file all pertinent portions of discovery material with the motion and copies (DRI LR Cv 37(a)).

____ 7. All Checks must be made payable to **Clerk, U.S. District Court.**

____ 8. Motion to Appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (DRI LR Gen 204(d)).

____ 9. Text of all memoranda in support of motions, objections, and replies shall be double-spaced and typed in at least 12-point font. (DRI LR Cv 7(d)(1) and Cr 47(d)(1)).

✓ 10. Other THE CLERK IS NOT PERMITTED TO "CORRECT" COPIES. IF YOU WISH TO FILE AN AMENDED COMPLAINT SEE FED. RULE CIV. P. 15a, A COPY OF WHICH IS ATTACHED.

ENTER:

David L Martin

United States Magistrate Judge

Date: 9-5-07

cc: Counsel of Record

Re: Pelletier pro se v State of Rhode Island and
RI Parole Board
C.A. NO. 07-186 S

8/30/07

Dear Clerk,

Hello, I Just received the summons And the waiver of service Forms. I have added the "State of Rhode Island (Attorney General Patrick Lynch)" in the parties. They are listed in the Action "title" but were not listed in the parties. I'd Just Assume correct it now before the Complaint was mailed. I also added the Case Number to the complaint. I have enclosed these two pages so you can correct your copies. This (with these two attached pages) is how the complaints were mailed to all (5) listed parties today. I have also Filled out and mailed the summons. Thank you For your time.

Sincerely,
Douglas Pelletier
Douglas Pelletier prose
P.O. Box 8274
Medium I AR-45
Cranston RI 02920

Copy: File