United States District Court
For the District of Rhode Island

Douglas Pelletier pro se plaintiff

V C.A. NO. 07-186S

State of Rhode Island and
Rhode Island Parole Board

Request to Expedite
Included

Motion to Amend Complaint, Motion
For Counsel, Motion to Expedite

Now comes Douglas Pelletier pro se plaintiff and respectfully requests that he be allowed to amend the preliminary statement complaint (which has been sent with waiver of service forms to parties on (8/30/07)(less than 20 days ago)) to include the case number and have the State of Rhode Island listed in the parties (as justice so requires). Plaintiff also requests this new attached copy replace the one on file now.

Plaintiff would also like to ask that since he is in no way a lawyer, he

be appointed one. Since Justice is now once again being delayed because plaintiff doesn't understand the finer points of procedure which this Court is clearly holding him to. Plaintiff feels naming a party clearly listed in the heading and including the case number would be a pre-requisite to filing a lawsuit. All these minor things are serving to delay Justice and cost me money which as an indigent litigant you are aware I don't have. Plaintiff therefore requests (again) to be given an attorney to assist him so that Justice might be served.

Finally, Plaintiff wishes to request at this time to either have this case expedited or be released on bail pending the out come of this lawsuit. Since this plaintiffs parole guidelines clearly show he should serve no more than (15) years and he has now served over (18½) years, Justice would require such action. Plaintiff's exhibits (Appendix I) show he is not a threat to society in any manner, and the parole guidelines (appendix IV pg 9) show Justice requires this.

For the reasons listed in these Motions this plaintiff prays this Honorable Court grants his motions in the

Interest of Justice.

Respectfully Submitted,

Doug Pelletier

Douglas Pelletier pro se
P.O. Box 8274
Medium I AR-45
Cranston, RI, 02920

Copy: File