United States District Court
For the District of Rhode Island

Douglas Pelletier pro se

v C.A. No. 07-186S

State of Rhode Island and
Rhode Island Parole Board

## Motion for Service of Summons Upon Defendants

Now comes the pro se plaintiff, Douglas Pelletier and respectfully requests this Honorable Court to have service effected upon the defendants in this case, they are:

(1) Attorney General's office of Rhode Island (representing the State of Rhode Island), at 150 South Main Street, Providence, R.I., 02903.

(2) Lisa Holley, Chairwoman, R.I Parole Board at 40 Howard Avenue, Cranston, R.I., 02903.

(3) Frederic Reamer, member of the R.I. Parole Board, at 40 Howard Avenue, Cranston, R.I., 02903.

(4) Authur Jones, member of the R.I. Parole Board at 40 Howard Avenue, Cranston, R.I., 02903.

(5) Charles Denby member of the R.I. Parole Board at 40 Howard Avenue, Cranston, R.I., 02903.

Plaintiff avers that (A) he has already been allowed to proceed in Forma pauperis (minus the Filing Fee) on (6/14/07), (B) in accordance with Rule (4) of Federal procedure the defendants have been mailed ((on 8/30/07) and given (30) days to return waiver Form) A copy of the complaint, memorandum of law, and Appendixes, Along with a notice of lawsuit, and request for waiver of service of summons and two copies of the waiver of service of summons each, per rule (4) they (defendants are now responsible for bearing the cost of service. Plaintiff now requests that he be notified who (and how) he must send additional ((1) per party) copies of the complaint, memorandum of law, and appendixs' to so they can be properly served, (Note * mailing is the <u>only</u> means of communication this plaintiff has due to his incarceration with the outside world and his funds are extremely limited). Rule (4) does <u>not</u> give any explanation as to how an incarcerated person can get the physical

Act of service completed. Plaintiff requests this be done in the interest of Justice so this case might proceed without further delay.

Respectfully Submitted,

[signature]

Douglas Pelletier pro se
P.O. Box 8274
Medium I AR-29T
Cranston RI 02920

copy: File