UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DOUGLAS J. PELLETIER, Plaintiff,

v. CA 07-186 S

STATE OF RHODE ISLAND, et al., Defendants.

**ORDER**
**GRANTING MOTION FOR SERVICE**

Before the Court is Plaintiff's Motion for Service of Summons upon Defendants (Document ("Doc.") #16) ("Motion for Service" or "Motion"). Plaintiff has been authorized to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. See Order Granting Application to Proceed in Forma Pauperis (Doc. #9). Accordingly, pursuant to Federal Rule of Civil Procedure 4(c)(2),[1] the Motion for Service is GRANTED. As requested in the Motion, the Court directs that service be effected by the United States Marshal on the following Defendants:

1. Attorney General of the State of Rhode Island, 150 South Main Street, Providence, R.I. 02903;

2. Lisa Holley, Chairperson of the Rhode Island Parole Board, 40 Howard Avenue, Cranston, R.I. 02920;

3. Frederic Reamer, member of the Rhode Island Parole

[1] Federal Rule of Civil Procedure 4(c) provides in relevant part:

> (2) Service may be effected by any person who is not a party and who is at least 18 years of age. At the request of the plaintiff, however, the court may direct that service be effected by a United States marshal, deputy United States marshal, or other person or officer specially appointed by the court for that purpose. Such an appointment must be made when the plaintiff is authorized to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 or is authorized to proceed as a seaman under 28 U.S.C. § 1916.

Fed. R. Civ. P. 4(c)(2).

Board, 40 Howard Avenue, Cranston, R.I. 02920;

4. Authur Jones, identified by Plaintiff as a member of the Rhode Island Parole Board,[2] 40 Howard Avenue, Cranston, R.I. 02920;

5. Charles Denby, member of the Rhode Island Parole Board, 40 Howard Avenue, Cranston, R.I. 02920.

Pursuant to Rule 4(c)(1),[3] Plaintiff is responsible for providing the U.S. Marshal with a summons and a copy of the Amended Complaint to be served upon each Defendant.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
October 18, 2007

[2] The Court uses the phrase "identified by Plaintiff as a member of the Rhode Island Parole Board," because it is uncertain whether Authur Jones is currently a member of that body.

[3] Fed. R. Civ. P. 4(c)(1) states:

> (1) A summons shall be served together with a copy of the complaint. **The plaintiff** is responsible for service of a summons and complaint within the time allowed under subdivision (m) and **shall furnish the person effecting service with the necessary copies of the summons and complaint.**

Fed. R. Civ. P. 4(c)(1) (bold added).