*** PAROLE HEARING INFORMATION ***

ID: 076890 SEC: MED AMODR 15T
NAME: PELLETIER DOUGLAS J

SSNO: ELIGIBILITY DATE: 01/01/1999

*** SENTENCE INFORMATION ***

| CRT | RETRO | SENTENCE STATUS | YYY | MMM | DDD | GOOD | FULL |
|---|---|---|---|---|---|---|---|
| NSC | 01/14/89 | CONTROLLING | 25 | 0 | 0 | 02/04/2007 | 01/14/2014 |
| NSC | 02/04/07 | CONSECUTIVE | 15 | 0 | 0 | 02/04/2022 | 02/04/2022 |
| NSC | 02/04/22 | CONSECUTIVE | 10 | 0 | 0 | 02/04/2032 | 02/04/2032 |
| NSC | 03/20/33 | CONSECUTIVE | 10 | 0 | 0 | 03/21/2043 | 03/21/2043 |

JANUARY 25, 1999 DENIED 1/04 RECONSIDERATION

The reason for the denial is to parole Mr. Pellitier at this time would depreciate the seriousness of this heinous criminal offense. Additionally, he has just begun work in the Sex Offender Treatment Program. We will see him again in (5) five years.MED
Vote:Unanimous;Present-Farrell,Walker,Reamer,LaFazia

SEPTEMBER 18, 2003 MISC 4/2004 RECONSIDERATION

As per requested in correspondence dated September 14, 2003, Mr. Pelletier's January 2004 hearing has been changed to April 2004. He has requested the April 2004 date so that he may put a parole package together. Per LSH. (al)

FEBRUARY 19, 2004 MISC WAIVED

Mr. Pelletier wishes to postpone his April 2004 parole hearing until he clears pending charges.KA

[illegible] MISC RECONSIDERATION

As requested in correspondence dated August 3, 2004, Mr. Pelletier will be seen in November 2004 for a reconsideration hearing per LSH. (al)

NOVEMBER 18, 2004 DENIED RECONSIDERATION

The Board votes to deny parole. The reason for the denial is Mr. Pelletier is no longer in the Sex Offender Treatment Program. We will see him again in (4) four years (11/08). Hopefully, at that time he is re-enrolled in the SOTP.
MEDIUM
VOTE: Unanimous-Present; Holley, Reamer, Denby, Jones

END OF MINUTES

Appendix (ii)

**RI PAROLE BOARD**
**40 HOWARD AVENUE/**
**CRANSTON, RHODE ISLAND 02920**

A.C.I Mail Received 3/15/07

**DATE: March 7, 2007**

**INMATE: Douglas Pelletier** **ID#: 076890**
**SECURITY: MEDIUM**
**AREA: AMODR**
**CELL: 41**

**Dear Mr. Pelletier:**

**In response to your recent correspondence the Parole Board will take no action to reconsider its earlier decision to see you in November 2008 as scheduled.**

**Sincerely,**

Lisa S. Holley

**Lisa S. Holley**
**Chairperson**
**RI Parole Board**

**LSH:al**

**IANNITELLI LAW OFFICES**

PO Box 284, GREENVILLE, RHODE ISLAND 02828

Phone 949-2442

May 31, 2002

COPY

Ms. Lisa Holley
R.I. Parole Board
One Center Place
Providence, Rhode Island

Dear Ms. Holley:

This office represents Mr. Douglas Pelletier. Mr. Pelletier has been incarcerated for approximately 13 years and since I have become acquainted with him in 1998, he has impressed me as a person who has consistently tried to improve himself; participating in programs and taking full responsibility for his incarceration. I do request that he be reviewed in the near future to assess his progress. Thank you for consideration of this request.

Sincerely,

Susan Iannitelli

cc: Peter Loss, D.O.C.
Douglas Pelletier