PREAMBLE

The Rhode Island Parole Board, in establishing these guidelines pursuant to the provisions of Rhode Island General Laws 13-8-14.1 is mindful that it has the authority to make a determination at variance with these guidelines, if a finding can be made that such determination is warranted by individualized factors, such as the character and criminal record of the applicant; the nature and circumstances of the offense; the conduct of the applicant while in prison; and the other criteria set forth in Rhode Island General Laws 13-8-14. When the Rhode Island Parole Board indicates that the inmate is to be required to serve a certain fraction of his/her sentence, it is basing this on a fraction of the commuted time as opposed to the full time.

Each inmate continues to be eligible to be seen by the Rhode Island Parole Board at the time set by statute under RIGL 13-8-9 and 13-8-13, at which time the guidelines relative to his/her particular offense will be discussed with the inmate.

This is not a comprehensive list of offenses and guidelines for parole eligibility. This is a set of guidelines pertaining to those offenses which frequently come before the Parole Board.

Respectfully Submitted,

THE RHODE ISLAND PAROLE BOARD

______________________________

Dr. Kenneth R. Walker, Chairperson

______________________________

Victoria M. Almeida, Attorney

______________________________

James Jerue, Attorney

______________________________

Dr. Frederic Reamer

______________________________

Ralph Liguori

RECEIVED
JUN 24 1993
SECRETARY OF STATE
ADMINISTRATIVE RECORDS DIV.

DATED: April 1, 1993



Appendix (iix)

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Corrections
Parole Board
One Center Place
Providence, Rhode Island 02903
(401) 222-3262

# ~~RHODE ISLAND PAROLE BOARD GUIDELINES~~

***ADOPTED UNANIMOUSLY BY THE***

***RHODE ISLAND PAROLE BOARD***

***ON APRIL 6, 1998***

RECEIVED
MAY 21 1998
Secretary of State
Public Info. Center

***<u>CHAIRPERSON</u>***
***Lisa S. Farrell***

***<u>VICE CHAIRPERSON</u>***
***Kenneth R. Walker, Ed.D.***

***<u>MEMBERS</u>***
***Frederic Reamer, Ph.D.***
***Patricia Ryan Recupero, M.D.***
***Bennett R. Gallo***
***Jeanne LaFazia***
***Sharon A. Jackvony***

***<u>EXECUTIVE SECRETARY</u>***
***Audrey B. Carnevale***

***(TDD 222-1349)***

# *RHODE ISLAND PAROLE BOARD*
## *POLICY STATEMENT*
## *ANNUAL OPEN MEETING*
## *MARCH 28, 2007*

***CHAIRPERSON***
*Lisa S. Holley, Esq.*

***VICE CHAIRPERSON***
*Kenneth R. Walker Ed.D.*

***MEMBERS***
*Frederic G. Reamer, Ph.D.*
*Bennett R. Gallo, Esq.*
*Charles Denby II, M.D.*
*Victoria Almeida, Esq.*
*Thomas A. Verdi*

***EXECUTIVE SECRETARY***
*Ann Marie Bolvin*