UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DOUGLAS J. PELLETIER, Plaintiff, :
:
:
v. : CA 07-186 S
:
STATE OF RHODE ISLAND, et al., Defendants. :
:

**ORDER**
**GRANTING PLAINTIFF'S MOTION**
**TO FILE APPENDICES**

Before the Court is the Motion to File Appendices (Document ("Doc.") #20) filed by Plaintiff Douglas J. Pelletier ("Plaintiff"). On October 15, 2007, the Court issued an order which, among other things, granted Plaintiff permission to file an amended complaint.[1] See Order Re Combined Motion (Doc. #17) ("Order of 10/15/07"). In the Order of 10/15/07, the Court also advised Plaintiff that certain appendices, which he had referenced in his proposed amended complaint, were not attached to that document and that if he intended these appendices to be part of his amended complaint he should file them as an "Appendix to Amended Complaint."

On October 30, 2007, Plaintiff filed an amended complaint[2] (Doc. #19) and the Motion to File Appendices. It appears that the Motion to File Appendices seeks to file the following documents as appendices to the amended complaint:

---

[1] Plaintiff had requested permission to "amend the preliminary statement complaint ... to include the case number and have the State of Rhode Island listed in the parties ...." Motion to Amend Complaint, Motion for Counsel, Motion to Expedite (Doc. #15) ("Combined Motion") at 1.

[2] The amended complaint is not titled as such. Rather, it is titled "Complaint." Doc. #19. However, the Court treats it as the amended complaint filed in response to the Court's Order of 10/15/07.

1. Appendix (i) — four pages (excerpt from psychiatric report)[3]

2. Appendix (ii) — three pages:
   a. Parole Hearing Information dated 10/16/06
   b. Letter from Holley to Pelletier of 3/7/07
   c. Letter from Iannitelli to Holley of 5/31/02

3. Appendix (iii) — two pages:
   a. R.I. Gen. Laws § 13-8-14
   b. R.I. Gen. Laws § 13-8-14.1

4. Appendix (iv) — twelve pages (Rhode Island Parole Board Guidelines)

5. Appendix (v) — six pages (Petrarca v. Rhode Island, 583 F.Supp. 297 (D.R.I. 1984))

6. Appendix (vi) — one page (Interoffice Memo from Loss to Pelletier of 3/16/07)

7. Appendix (vii) — three pages (excerpts from R.I. Gen. Laws)

8. Appendix (viii[4]) — three pages:
   a. Preamble dated April 1, 1993
   b. Rhode Island Parole Board Guidelines Adopted Unanimously by the Rhode Island Parole Board on April 6, 1998 (one page)
   c. Rhode Island Parole Board Policy Statement Annual Open Meeting March 28, 2007

In addition, it appears that Plaintiff seeks to file a Memorandum of Law as an appendix. Although a memorandum of law

[3] Because there is confidential medical information in Appendix (i), it was not scanned electronically into the Court record.

[4] Plaintiff labeled this document as "Appendix (iix) [sic]." The Court assumes that Plaintiff intended this document to be the eighth appendix and, therefore, identifies it by the correct Roman numerals: viii.

would not normally be included as an appendix to a complaint (or to an amended complaint), in deference to Plaintiff's pro se status and in the interest of moving this action along, the Court will allow the memorandum to be filed as an appendix to the amended complaint.[5] The Court will designate the Memorandum of Law as Appendix (ix).

Accordingly, for the reasons stated above, the Motion to File Appendices is GRANTED.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
November 16, 2007

[5] The Memorandum of Law was docketed as a memorandum in support of the Motion to File Appendices. See Docket.

The Court notes that the pages of the Memorandum of Law are lettered and not numbered. Plaintiff's attention is directed to District of Rhode Island Local Rule Cv 5(a)(3): "Where a document is more than one page in length, the pages shall be numbered at the bottom center of each page." D.R.I. LR Cv 5(a)(3).