UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOUGLAS J. PELLETIER, Plaintiff, | : | |
| v. | : | C.A. No. 07-186 S |
| STATE OF RHODE ISLAND, et al., Defendants. | : | |

ANSWER OF DEFENDANTS
STATE OF RHODE ISLAND, RHODE ISLAND PAROLE BOARD
AND ITS NAMED MEMBERS

Now come Defendants and hereby answer Plaintiff's Complaint as follows:

1. As to Preliminary Statement, Defendants deny each and all material allegations contained in Plaintiff's Preliminary Statement.

2. As to Jurisdiction, Defendants deny that Plaintiff's claims give this Court jurisdiction of the named parties to this action as a matter of law.

3. As to Parties, Defendants admit that Lisa Holley is Chairperson of the Rhode Island Parole Board; that Frederic Reamer, Charles Denby and Arthur Jones are members of the Rhode Island Parole Board and that the State of Rhode Island is a Sovereign State.

4. As to facts alleged, Defendants deny each and all material allegations of fact contained in Plaintiff's narrative of alleged facts.

5. As to the Equal Protection Clause, Defendants deny each material allegation contained in Plaintiff's claim of a denial of equal protection (A).

6. As to Due Process Clause, Defendants deny each material allegation contained in Plaintiff's claim of denial of due process (C & D).

7. As to Claims for Relief, Defendants deny each material allegation contained in Plaintiff's claim for relief and further deny that Plaintiff is entitled to any of the relief he seeks in this action.

**WHEREFORE**, Defendants and each of them move this Court to deny and dismiss Plaintiff's Complaint with prejudice.

DEFENDANTS,

State of Rhode Island
Rhode Island Parole Board
Lisa Holley
Charles Denby
Frederic Reamer, Ph.D.
Arthur Jones

By Their Attorney,
PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Richard B. Woolley*

Richard B. Woolley, #1452
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
(fax) 222-2995
rwoolley@riag.ri.gov

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The Complaint fails to state a claim upon which relief can be granted in that it fails to articulate a legally sufficient factual basis for a finding of liability against any of the named defendants.

Second Affirmative Defense

This action is barred by the Eleventh Amendment.

Third Affirmative Defense

Defendants have the benefit of Absolute Judicial Immunity.

Fourth Affirmative Defense

Defendants have the benefit of Absolute Prosecutorial Immunity.

Fifth Affirmative Defense

Defendants have the benefit of qualified/good faith immunity.

Sixth Affirmative Defense

This action is barred by the U.S. Supreme Court's holding in Will v. Michigan State Police in that the State of Rhode Island and its named officials sued herein in their official capacities are not persons for purposes of a 42 U.S.C. 1983 action.

Seventh Affirmative Defense

This action is barred by the Res Judicata and/or Collateral Estoppel.

Eighth Affirmative Defense

This action is barred by the Discretionary Immunity Doctrine.

Ninth Affirmative Defense

Plaintiff assumed the risk of being subject to imprisonment and the parole process by his own inappropriate criminal behavior and by his refusal to participate in the sex offender treatment program.

Tenth Affirmative Defense

Defendants have the benefit of Sovereign Immunity.

**WHEREFORE**, Defendants demand that Plaintiff's Complaint be dismissed, that judgment enter in their favor in their respective official and individual capacities and against plaintiffs and that defendants be awarded costs and such other relief as this Court deems fair and proper.

DEFENDANTS,

State of Rhode Island
Rhode Island Parole Board
Lisa Holley
Charles Denby
Frederic Reamer, Ph.D.
Arthur Jones

By Their Attorney,
PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Richard B. Woolley*

Richard B. Woolley, #1452
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
(fax) 222-2995
rwoolley@riag.ri.gov

CERTIFICATION

I hereby certify that I filed the within document through the United States District Court ECF filing system and caused a copy to be sent to Douglas J. Pelletier, Pro Se, Medium One Security (AR-41), Post Office Box 8274, Cranston, Rhode Island 02920 on this 17th day of December, 2007 by first class mail, postage prepaid.

*/s/ Richard B. Woolley*