United States District Court
For the District of Rhode Island

Douglas Pelletier plaintiff
v
State of Rhode Island and
Rhode Parole Board members defendants

C.A. NO. 07-186S

Motion For Appointment of Counsel
And Cost For expert Witnesses

Now comes the pro se plaintiff Douglas Pelletier and respectfully requests this Honorable Court appoint him Counsel to assist in the further preparation of his case. As we get deeper into this lawsuit where expert witnesses are needed, depositions taken, and things of that nature, plaintiff feels his incarceration and lack of legal knowledge may limit his capacity to put forth his assertions. Plaintiff avers his claims have great merit in the fact that his constitutional rights are being violated and wishes Counsel to prevent any dismissal based on the defendant's preying on his lack of legal ability. Plaintiff prays this Honorable

Court grant his request that Justice might be served.

Additionally this plaintiff asks this Honorable Court cover the cost of expert witnesses which will be required in this matter. This plaintiff has been granted Forma paperis status in this case. Plaintiff prays this Honorable Court grant his motion.

Respectfully Submitted,
Doug Pelletier
Douglas Pelletier pro se'
P.O. Box 8274
Medium I AR-48T
Cranston RI 02920

Certification

I, Douglas Pelletier do hereby certify that a true copy of this motion was mailed to Richard Woolley via the U.S. Postal service at 150 South main street, Providence, RI, 02903, on this 15th day of January 2008.

Doug Pelletier