UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOUGLAS J. PELLETIER, Plaintiff, | : | |
| v. | : | C.A. No. 07-186 S |
| STATE OF RHODE ISLAND, et al., Defendants. | : | |

OBJECTION TO MOTION FOR APPOINTMENT
OF COUNSEL AND COST FOR EXPERT WITNESSES

Now come Defendants and hereby object to Plaintiff's Motion for Appointment of Counsel and for Cost of Expert Witnesses in this case for the reasons set forth in the Memorandum of Law hereto attached.

DEFENDANTS,

State of Rhode Island
Rhode Island Parole Board
Lisa Holley
Charles Denby
Frederic Reamer, Ph.D.
Arthur Jones

By Their Attorney,
PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Richard B. Woolley*

Richard B. Woolley, #1452
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
(fax) 222-2995
rwoolley@riag.ri.gov

# CERTIFICATION

I hereby certify that I filed the within document through the United States District Court ECF filing system and caused a copy to be sent to Douglas J. Pelletier, Pro Se, Medium One Security (AR-41), Post Office Box 8274, Cranston, Rhode Island 02920 on this 28th day of January, 2008 by first class mail, postage prepaid.

*/s/ Richard B. Woolley*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOUGLAS J. PELLETIER, Plaintiff, | : | |
| v. | : | C.A. No. 07-186 S |
| STATE OF RHODE ISLAND, et al., Defendants. | : | |

MEMORANDUM IN SUPPORT OF
OBJECTION TO PLAINTIFF'S MOTION FOR APPOINTMENT
OF COUNSEL AND COST FOR EXPERT WITNESSES

Plaintiff brings this action against the Rhode Island Parole Board and its named members pursuant to 42 U.S.C. 1983 seeking to have this Court compel them to grant him parole. Plaintiff has raised essentially the same issues in the State courts of Rhode Island both in the Superior and Supreme Court. Although Defendants respectfully submit that his claims have no merit, Plaintiff has been able to present his claims in both the State or Federal Court without assistance of counsel.

In the appropriate case, the Court may request that an attorney represent a plaintiff in a civil action. However, there is no absolute constitutional right to a "free lawyer" in a civil case. DesRosier v. Moran, 949 F.2d 15, 23 (1st Cir. 1991). Absent exceptional circumstances, the Court cannot appoint counsel in a civil matter. Id. at 23. Exceptional circumstances can include, *inter alia*, the merits of the case, the complexity of the legal issues, and the litigant's ability to represent himself. Id.

Defendants object to Plaintiff's attempt to have this Court bankroll his meritless case against them.

WHEREFORE, Defendants urge this Court to deny Plaintiff's Motion.

DEFENDANTS,

State of Rhode Island
Rhode Island Parole Board
Lisa Holley
Charles Denby
Frederic Reamer, Ph.D.
Arthur Jones

By Their Attorney,
PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Richard B. Woolley*

Richard B. Woolley, #1452
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
(fax) 222-2995
rwoolley@riag.ri.gov

CERTIFICATION

I hereby certify that I filed the within document through the United States District Court ECF filing system and caused a copy to be sent to Douglas J. Pelletier, Pro Se, Medium One Security (AR-41), Post Office Box 8274, Cranston, Rhode Island 02920 on this 28th day of January, 2008 by first class mail, postage prepaid.

*/s/ Richard B. Woolley*