UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOUGLAS J. PELLETIER, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-186 S |
| | : | |
| STATE OF RHODE ISLAND, et al., | : | |
| Defendants. | : | |

MOTION TO EXTEND THE TIME WITHIN WHICH DEFENDANTS MUST RESPOND TO PLAINTIFF'S DISCOVERY

Now come Defendants and hereby move this Court to extend the time within which they are required to respond to Plaintiff's Interrogatories, Request for Production and Request for Admissions until 30 days following the date this Court rules on Defendants' Motion to Dismiss or in the alternative Motion to Stay.

DEFENDANTS,

State of Rhode Island
Rhode Island Parole Board
Lisa Holley
Charles Denby
Frederic Reamer, Ph.D.
Arthur Jones

By Their Attorney,
PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Richard B. Woolley*

Richard B. Woolley, #1452
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
(fax) 222-2995
rwoolley@riag.ri.gov

CERTIFICATION

I hereby certify that I filed the within document through the United States District Court ECF filing system and caused a copy to be sent to Douglas J. Pelletier, Pro Se, Medium One Security (AR-41), Post Office Box 8274, Cranston, Rhode Island 02920 on this 28th day of January, 2008 by first class mail, postage prepaid.

*/s/ Richard B. Woolley*