UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOUGLAS J. PELLETIER, Plaintiff, | : | |
| v. | : | C.A. No. 07-186 S |
| STATE OF RHODE ISLAND, et al., Defendants. | : | |

OBJECTION TO MOTION
TO COMPEL DISCOVERY REQUEST

Now come Defendants and hereby object to Plaintiff's Motion to Compel Discovery Request on the grounds that prior to the time within which Defendants were required to respond to discovery they made a timely motion to extend the time within which they are required to respond to said discovery which has not yet been acted upon by this Court. Defendants have already responded to Plaintiff's request for admissions and will respond to interrogatories and request for documents shortly.

DEFENDANTS,
State of Rhode Island
Rhode Island Parole Board
Lisa Holley
Charles Denby
Frederic Reamer, Ph.D.
Arthur Jones

By Their Attorney,
PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Richard B. Woolley*

Richard B. Woolley, #1452
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
(fax) 222-2995
rwoolley@riag.ri.gov

CERTIFICATION

I hereby certify that I filed the within document through the United States District Court ECF filing system and caused a copy to be sent to Douglas J. Pelletier, Pro Se, Medium One Security (AR-41), Post Office Box 8274, Cranston, Rhode Island 02920 on this 5th day of March, 2008 by first class mail, postage prepaid.

*/s/ Richard B. Woolley*