Re: Pelletier pro se v State of RI and RI Parole Board members
C.A. No. 07-186 S

3/20/08

Dear Members of the Court,

Hello, Please Find enclosed a motion For a preliminary injunction / restraining order. I have (as a pro se litigant) done the best with my limited knowledge to obey the rules pertaining to this motion. I would also like to offer in the alternative that if the State has (as it stated in it's admissions) not received my extensive psychiatric evaluation which was prepared by Dr. Barry Wall (a noted board certified psychiatrist) who was agreed to by the Attorney General's office and paid for by the Court then perhaps everyone, including the Court would be best served if this plaintiff were given a proper parole hearing with this very relative information included. Plaintiff is only putting this Forth in an effort to somehow settle this matter in a manner consistent with a just end. If this is not possible then plaintiff would like to have his motion heard on an emergency basis as

he has already served many years in excess of the Board's maximum guideline. I thank you for your time and consideration.

Sincerely,

Doug Pelletier

copy: Richard Woolley

Douglas Pelletier pro se
P.O. Box 8274
Medium I AR-48T
Cranston, RI, 02920