**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

DOUGLAS PELLETIER

v. C.A. No. 07-186 S

STATE OF RHODE ISLAND

**ORDER**

This matter is before the Court on several motions. First, plaintiff filed a motion to compel discovery. Second, defendants filed a motion to extend the time in which to respond to the plaintiff's discovery requests. Third, plaintiff filed a motion for a conference with the Court. After consideration of the motions, IT IS HEREBY ORDERED:

1. Plaintiff's motion to compel is denied, without prejudice, see Dkt # 42, since this Court will permit defendants' motion to extend time;

2. Defendants' motion for an extension of time to respond to plaintiff's discovery requests is hereby granted. See Dkt # 39 & 40. Defendants shall respond within ten days following this Court's ruling on their motion to dismiss/motion to stay; and

3. Plaintiff's motion for a summary judgement conference is denied, without prejudice. See Dkt # 43. Plaintiff or defendants may re-file the motion following the Court's ruling on the defendants' motion to dismiss.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
Date: 25 March 08