ITPARCAP

File Edit PF Keys Shift PF Keys Help

PAROLE MINUTES VIEW

*** INMATE ***

LAST NAME: PELLETIER FIRST: DOUGLAS MINIT: J
ID: 076890 D.O.B: RACE: WHITE

PAROLE DATE: 01/01/1999
ACTION DATE: 11/18/2004 BOARD ACTION: DENIED
NEXT HEARING DATE: 11/01/2008 RECONSIDERATION

*** PAROLE BOARD MINUTES ***

The Board votes to deny parole. The reason for the
denial is Mr. Pelletier is no longer in the Sex
Offender Treatment Program. We will see him again
in (4) four years (11/08). Hopefully, at that time he is
re-enrolled in the SOTP.
MEDIUM
VOTE: Unanimous-Present; Holley, Reamer, Denby, Jones

6) Add Minutes 10) Return
4) Prev / First ^10) Main Menu
5) Next / Last 9) Modify Minutes

Ready

Start MENURUN ITPARCAP

Exhibit (6)

related to the successful completion of parole. The board will not grant parole to a candidate who is without a solid residential plan, or who will return to an environment and circumstances, which are likely to contribute to further involvement in crime-oriented activity. In all cases, release on parole is contingent on the submission of a satisfactory parole plan.

**a.)** All parole plans, including those submitted by attorneys, are to be submitted to the Board prior to the first day of the month that the parole candidate is to be seen by the Board. This plan should include an updated job offer, which must be notarized, or on official company stationery; a residence letter, which shall contain the address and phone number of the residence with a brief statement by the occupant indicating a willingness to have the parole candidate reside at that location; and, any or all, supportive letters and certificates of program completion.

**10) REVOCATION OF PAROLE:** The Parole Board considers any violation of the conditions of parole to be a very serious matter. However, after parole revocation, it will be solely up to the discretion of the Parole Board to determine the length of time the inmate will serve prior to being granted a reconsideration of parole.

**a.) EXPEDITED PROCEDURE:** Rhode Island Parole Board will utilize an expedited revocation procedure for parole violations not involving new criminal offenses, where there is no dispute as to the charged violation, and the parolee charged with such violation freely admits to the violation and accepts the appropriate sanction imposed.

**11) SEXUAL OFFENSES & CHILD MOLESTATION:** An individual found guilty of a sexual offense will not generally be seriously considered for parole until he/she has successfully taken part in the Sex Offender Treatment Program. The Board will take the recommendation of the Sex Offender Treatment Program into consideration when evaluating an inmate for potential release on parole.

Additionally, the Board will consider the recommended conditions for release and post-release counseling. All offenders sentenced to the crime of child molestation shall be required to cooperate with the parole board psychiatrist who will complete a comprehensive psychiatric examination to determine if the offender is at high risk to reoffend.

**12) PUBLIC AND COMMUNITY SAFETY:** In its deliberations during the parole hearing process, the Board shall determine that the release of an individual will not constitute a risk or threat to the physical safety and welfare of the community. In making this determination, evidence that a parole candidate has associated with convicted felons, or has threatened the lives of other(s) while incarcerated may be considered in finding that such behavior may continue if the parole candidate is released.



Exhibit (1)