UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOUGLAS J. PELLETIER, Plaintiff, | : | |
| v. | : | C.A. No. 07-186 S |
| STATE OF RHODE ISLAND, et al., Defendants. | : | |

DEFENDANTS' REPLY TO PLAINTIFF'S
MAY 14, 2008 LETTER TO THE COURT CLERK

Plaintiff persists in his misrepresentation to the Court of what Peter Loss, Director of the Sex Offender Treatment Program at the ACI has said and done with respect to Plaintiff's participation and lack of participation in the SOTP and his attempts to get parole.

Peter Loss never told Plaintiff to file for an early review of parole. Plaintiff's claims about Peter Loss' views about his risk to reoffend are preposterous. Peter Loss does not support Plaintiff's early release and feels instead he should return to the SOTP. Furthermore, Plaintiff, despite his claim to the contrary, has not attempted to get back into the SOTP. (See emails attached hereto as Exhibit A and B)

Plaintiff also persists in challenging the legitimacy of the Parole Board on the basis that their respective terms have expired. This claim has no merit whatsoever. The members of the Parole Board have all been duly appointed and reappointed to the Parole Board and at all times relevant to Plaintiff's claims they had the authority to consider and reject his applications for parole. (See attached appointments, reappointments and certificates of engagement, Exhibit C)

Defendants' counsel has requested that the Appellate Division of the Attorney General's office order the transcripts of all proceedings before the Honorable Justice Thunberg in 2007 that relate to Plaintiff Pelletier's applications for post conviction relief in order to show that he has raised the same issues in Superior Court that he raises in the matter now before this Court. The Superior Court ruled against him.

WHEREFORE, Plaintiff's request for a temporary restraining order, preliminary injunction or bail should be denied.

DEFENDANTS,

State of Rhode Island
Rhode Island Parole Board
Lisa Holley
Charles Denby
Frederic Reamer, Ph.D.
Arthur Jones

By Their Attorney,
PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Richard B. Woolley*

Richard B. Woolley, #1452
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
(fax) 222-2995
rwoolley@riag.ri.gov

<u>CERTIFICATION</u>

I hereby certify that I filed the within document through the United States District Court ECF filing system and caused a copy to be sent to Douglas J. Pelletier, Pro Se, Medium One Security (AR-41), Post Office Box 8274, Cranston, Rhode Island 02920 on this 20th day of May, 2008 by first class mail, postage prepaid.

*/s/ Richard B. Woolley*