**Richard Woolley**

**From:** Peter Loss
**Sent:** Thursday, April 24, 2008 7:52 PM
**To:** Richard Woolley
**Subject:** Re: PELLETIER

let me know what to do with it and I'll take it from there. pete

> ----- Original Message -----
> **From:** Richard Woolley
> **To:** Peter Loss
> **Sent:** Thursday, April 24, 2008 9:16 AM
> **Subject:** RE: PELLETIER
>
> I'll prepare a draft for your review and input based on your recent email.
>
> -----Original Message-----
> **From:** Peter Loss
> **Sent:** Wednesday, April 23, 2008 6:29 PM
> **To:** Richard Woolley
> **Subject:** Re: PELLETIER
>
> No problem, how is it done? Pete
>
> > ----- Original Message -----
> > **From:** Richard Woolley
> > **To:** Peter Loss
> > **Sent:** Wednesday, April 23, 2008 9:20 AM
> > **Subject:** RE: PELLETIER
> >
> > Thanks If you don't mind I will probably need an affidavit from you stating these facts.
> >
> > -----Original Message-----
> > **From:** Peter Loss
> > **Sent:** Tuesday, April 22, 2008 4:38 PM
> > **To:** Richard Woolley
> > **Subject:** PELLETIER
> >
> > Richard:
> >
> > I just looked over the materials you faxed over.
> >
> > Pelletier quit the Program in December 2002, and has not participated since.
> >
> > I believe I may have sent Lisa Holley some other letters he has sent me or the mental health staff (did you get these?), but I never told him to file for an early review, and his claims about my views about his risk are preposterous. He did ask me to support his early release in 2007, which I responded by sending a memo (you should have a copy) that clearly states I could not do so, and that he should return to the SOTP.
> >
> > Pete Loss

EXHIBIT

tabbies

A