## Richard Woolley

**From:** Peter Loss
**Sent:** Wednesday, April 09, 2008 3:06 PM
**To:** Richard Woolley
**Subject:** Re: Douglas Pelletier

If we offered "virtual" reenrollment, he'd be first on the list. Pete

> ----- Original Message -----
> **From:** Richard Woolley
> **To:** Peter Loss
> **Sent:** Wednesday, April 09, 2008 12:05 PM
> **Subject:** RE: Douglas Pelletier
>
> Thanks he is saying that he is attempting to reenroll. stay tuned
>
> -----Original Message-----
> **From:** Peter Loss
> **Sent:** Tuesday, April 08, 2008 9:53 PM
> **To:** Richard Woolley
> **Subject:** Re: Douglas Pelletier
>
> Richard: No. He only wanted recent help to get paroled. Pete
>
>> ----- Original Message -----
>> **From:** Richard Woolley
>> **To:**
>> **Cc:**
>> **Sent:** Tuesday, April 08, 2008 2:52 PM
>> **Subject:** Douglas Pelletier
>>
>> Thanks for contacting me. I need to know if Pelletier has attempted to get back into the Sex Offender Treatment Program recently.

EXHIBIT
tabbles
B