EXHIBIT
C

SECRETARY OF STATE
PUBLIC INFORMATION
CENTER

04 FEB 26 AM 10: 04

State of Rhode Island and Providence Plantations
State House
Providence, Rhode Island 02903-1196
401-222-2080

Donald L. Carcieri
Governor

February 17, 2004

TO THE HONORABLE, THE SECRETARY OF STATE:

I have the honor to inform you that in accordance with the provisions of Section 13-8-1 of the Rhode Island General Laws, I have made the following reappointment to the Parole Board:

**Frederic G. Reamer, Ph.D. of Providence**

for a term expiring January 31, 2007.

Sincerely,

Donald L. Carcieri
Governor

cc: Honorable Charles Fogarty, Lieutenant Governor
Honorable Joseph Montalbano, Senate President
Honorable Dennis Algiere, Senate Minority Leader
Honorable William Murphy, Speaker of the House
Honorable Robert Watson, House Minority Leader
Rhode Island Ethics Commission
Legislative Press Bureau
Law Revision Office
Lisa Holley, Chairperson, Parole Board
Appointed Member

FILED
SECRETARY OF STATE
MAR 10 2004
PUBLIC INFORMATION
CENTER

True Copy Attest April 23, 2008

A. Ralph Mollis
Secretary of State

PLEASE TYPE OR PRINT

**Certificate to be filled out and delivered to the Secretary of State within THIRTY (30) DAYS after the date of Commission pursuant to §36-1-4, of the General Laws of Rhode Island**

SECRETARY OF STATE PUBLIC INFORMATION CENTER

04 MAR -3 PM 12:50

# State of Rhode Island and Providence Plantations

PROVIDENCE County In the CITY of PROVIDENCE

and County and State aforesaid, on the 27TH day of FEBRUARY, 20 04

I, FREDERIC G. REAMER hereby make oath to support the Constitution and Laws of this State, and the Constitution of the United States, and faithfully and impartially to discharge according to the best of my abilities, the duties of the office of

PAROLE BOARD MEMBER

Signed Frederic G. Reamer

Address 51 CAPWELL AVE.
PAWTUCKET, RI 02860

Before me, this 27th Day of February, 20 04

Robin A. Pacuniso

Expires 7-4-05

SECRETARY OF STATE PUBLIC INFORMATION CENTER

02 JUN 19 PM 4:35

State of Rhode Island and Providence Plantations
State House
Providence, Rhode Island 02903-1196
401-222-2080

LINCOLN ALMOND
GOVERNOR

June 17, 2002

TO THE HONORABLE, THE SECRETARY OF STATE:

I have the honor to inform you that in accordance with the provisions of Section 13-8-1 of the Rhode Island General Laws, I have made the following appointment to the Parole Board:

**Arthur C. Jones of Providence**

VICE
Jeanne LaFazia

for a term expiring January 31, 2005.

True Copy Attest: April 23, 2008

Secretary of State

Sincerely,

Lincoln Almond

cc: Honorable Charles Fogarty, Lieutenant Governor-elect
Honorable William Irons, Senate Majority Leader
Honorable Dennis Algiere, Senate Minority Leader
Honorable John Harwood, Speaker of the House
Honorable Robert Watson, House Minority Leader-elect
Rhode Island Ethics Commission
Lisa Farrell, Chairman, Parole Board
Legislative Press Bureau
Law Revision Office
Appointed Member

FILED
SECRETARY OF STATE
JUN 21 2002
PUBLIC INFORMATION CENTER

PLEASE TYPE OR PRINT

**Certificate to be filled out and delivered to the Secretary of State within THIRTY (30) DAYS after the date of Commission pursuant to §36-1-4, of the General Laws of Rhode Island**

SECRETARY OF STATE PUBLIC INFORMATION CENTER

# State of Rhode Island and Providence Plantations

02 JUN 28 PM 2:57

Providence *County* *In the* City *of* Providence

*and County and State aforesaid, on the* 21 *day of* JUNE, 2002

*I,* Arthur C. JONES *hereby make oath to support the Constitution and Laws of this State, and the Constitution of the United States, and faithfully and impartially to discharge according to the best of my abilities, the duties of the office of* State Parole Board.

*Signed* [signature], Ph.D

*Address* 31 Olney St
Providence RI 02906

*Before me, this* 21 *Day of* June, 2002

[signature] Peter R. Amico

Notary Public *Expires* July 14, 2005

SECRETARY OF STATE
PUBLIC INFORMATION
CENTER

04 FEB 18 AM 8:48

State of Rhode Island and Providence Plantations
State House
Providence, Rhode Island 02903-1196
401-222-2080

**Donald L. Carcieri**
**Governor**

February 10, 2004

TO THE HONORABLE, THE SECRETARY OF STATE:

I have the honor to inform you that in accordance with the provisions of Section 13-8-1 of the Rhode Island General Laws, I have made the following reappointment to the Parole Board:

**Sharon A. Jackvony of East Greenwich**
(Public Member)

for a term expiring January 31, 2006.

Sincerely,

Donald L. Carcieri

FILED
SECRETARY OF STATE
FEB 23 2004
PUBLIC INFORMATION
CENTER

cc: Honorable Charles Fogarty, Lieutenant Governor
Honorable Joseph Montalbano, Senate President
Honorable Dennis Algiere, Senate Minority Leader
Honorable William Murphy, Speaker of the House
Honorable Robert Watson, House Minority Leader
Rhode Island Ethics Commission
Legislative Press Bureau
Law Revision Office
Lisa Holley, Chair, Parole Board
Appointed Member

True Copy Attest April 23, 2008
Secretary of State

PLEASE TYPE OR PRINT

Certificate to be filled out and delivered to the Secretary of State within THIRTY (30) DAYS after the date of Commission pursuant to §36-1-4, of the General Laws of Rhode Island

SECRETARY OF STATE PUBLIC INFORMATION CENTER

# State of Rhode Island and Providence Plantations

04 FEB 24 PM 4:0

Kent County In the town of E. Greenwich

and County and State aforesaid, on the 20th day of February, 2004

I, Sharon A. Jackvony hereby make oath to support the Constitution and Laws of this State, and the Constitution of the United States, and faithfully and impartially to discharge according to the best of my abilities, the duties of the office of Parole Board Member

Signed. Sharon A. Jackvony

Address. 100 Pequin Drive

E. Greenwich, RI

Before me, this 20th Day of February, 2004

[signature] 10441345

Notary Public

Expires 5-23-05

SECRETARY OF STATE
PUBLIC INFORMATION
CENTER

02 FEB -4 AM 11:33

State of Rhode Island and Providence Plantations
State House
Providence, Rhode Island 02903-1196
401-222-2080

LINCOLN ALMOND
GOVERNOR

January 31, 2002

TO THE HONORABLE, THE SECRETARY OF STATE:

I have the honor to inform you that in accordance with the provisions of Section 13-8-1 of the Rhode Island General Laws, I have made the following reappointment to the Parole Board:

**Kenneth R. Walker, Ed.D. of East Providence**

for a term expiring January 31, 2005.

True Copy Attest: April 23, 2008

A. Ralph Mollis
Secretary of State

Sincerely,

Lincoln Almond

Lincoln Almond

cc: Honorable Charles Fogarty, Lieutenant Governor-elect
Honorable William Irons, Senate Majority Leader
Honorable Dennis Algiere, Senate Minority Leader
Honorable John Harwood, Speaker of the House
Honorable Robert Watson, House Minority Leader-elect
Rhode Island Ethics Commission
Lisa Farrell, Chairman, Parole Board
Legislative Press Bureau
Law Revision Office
Appointed Member

FILED
SECRETARY OF STATE
FEB 04 2002
PUBLIC INFORMATION
CENTER

05 MAY 11 PM 3:23

State of Rhode Island and Providence Plantations
State House
Providence, Rhode Island 02903-1196
401-222-2080

Donald L. Carcieri
Governor

May 4, 2005

TO THE HONORABLE, THE SECRETARY OF STATE:

I have the honor to inform you that in accordance with the provisions of Section 13-8-1 of the Rhode Island General Laws, I have made the following reappointment as Chairperson to the Parole Board:

**Lisa S. Holley of East Greenwich**
**Chairperson**

for a term expiring October 1, 2006.

Sincerely,

Donald L. Carcieri
Governor

True Copy ... April 23, 2008
A. Ralph Mollis
Secretary of State

cc: Honorable Charles Fogarty, Lieutenant Governor
Honorable Joseph Montalbano, Senate President
Honorable Dennis Algiere, Senate Minority Leader
Honorable William Murphy, Speaker of the House
Honorable Robert Watson, House Minority Leader
Rhode Island Ethics Commission
Governor's Media Office
Legislative Press Bureau
Law Revision Office
Appointed Member

FILED
SECRETARY OF STATE
MAY 12 2005
PUBLIC INFORMATION
CENTER

SECRETARY OF STATE
PUBLIC INFORMATION
CENTER

02 OCT -7 AM 8:52

State of Rhode Island and Providence Plantations
State House
Providence, Rhode Island 02903-1196
401-222-2080

LINCOLN ALMOND
GOVERNOR

October 1, 2002

TO THE HONORABLE, THE SECRETARY OF STATE:

I have the honor to inform you that in accordance with the provisions of Section 13-8-1 of the Rhode Island General Laws, I have made the following reappointment as Chairperson to the Parole Board:

**Lisa S. Holley of East Greenwich**
**Chairperson**

for a term expiring October 1, 2004.

FILED
SECRETARY OF STATE
OCT 22 2002
PUBLIC INFORMATION
CENTER

Sincerely,

Lincoln Almond

cc: Honorable Charles Fogarty, Lieutenant Governor
Honorable William Irons, Senate Majority Leader
Honorable Dennis Algiere, Senate Minority Leader
Honorable John Harwood, Speaker of the House
Honorable Robert Watson, House Minority Leader
Rhode Island Ethics Commission
Legislative Press Bureau
Law Revision Office
Appointed Member

PLEASE TYPE OR PRINT

**Certificate to be filled out and delivered to the Secretary of State within THIRTY (30) DAYS after the date of Commission pursuant to §36-1-4, of the General Laws of Rhode Island**

# State of Rhode Island and Providence Plantations

SECRETARY OF STATE
PUBLIC INFORMATION
CENTER
02 OCT 10 PM 2:53

...............Kent......*County* *In the* ....Town..... *of* East Greenwich.....

*and County and State aforesaid, on the* ..........9th.... *day of* ..October.............20 02....

*I,* ...........Lisa S. Holley, Esq.................................. *hereby make oath to support the Constitution and Laws of this State, and the Constitution of the United States, and faithfully and impartially to discharge according to the best of my abilities, the duties of the office of*

.........Chairperson, Rhode Island Parole Board.......................................................

FILED
SECRETARY OF STATE
OCT 22 2002
PUBLIC INFORMATION
CENTER

*Signed* Lisa S. Holley

*Address*...166 Laurel Hill Road...
East Greenwich, RI

*Before me, this* ....9th..... *Day of* ..October...., *20*02...

Paula A. Koron, Notary Public.....

*Expires*..10-23-05.....

State of Rhode Island and Providence Plantations
State House
Providence, Rhode Island 02903-1196
401-222-2080

Donald L. Carcieri
Governor

January 31, 2006

TO THE HONORABLE, THE SENATE:

I have the honor to inform you that in accordance with the provisions of Section 13-8-1 of the Rhode Island General Laws, I have made the following appointment to the Parole Board:

**Victoria M. Almeida, Esquire of Cumberland**
(Public Member)

for a term expiring January 31, 2009.

To this appointment, I respectfully request your advice and consent.

Sincerely,

Donald L. Carcieri
Governor

IN THE SENATE
Referred to the Committee on
JUDICIARY
FEB 07 2006
Reading Clerk

IN SENATE 3-28-06
THE COMMITTEE ON JUDICIARY RECOMMENDS THE SENATE GIVE ITS ADVICE AND CONSENT TO THIS APPOINTMENT
FOR THE COMMITTEE

IN THE SENATE
Order to be placed upon the
CALENDAR
MAR 29 2006
Reading Clerk

IN THE SENATE
ADVICE AND CONSENT
OF THE SENATE GIVEN HERETO
MAR 30 2006
Reading Clerk

FILED
SECRETARY OF STATE
MAR 31 2006
PUBLIC INFORMATION
CENTER

**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**
Public Information Division
Office of the Secretary of State
State House, Room 38
Providence, RI 02903

05 AUG 10 PM 3:19

# CERTIFICATE OF ENGAGEMENT

Certificate to be filled out and delivered to the Secretary of State within THIRTY (30) DAYS after the date of Commission pursuant to § 36-1-4 of the General Laws of Rhode Island. Please type or print.

| | |
|---|---|
| Name: | Victoria Almeida |
| Elected or Appointed Office: | Appointed |
| Board: | Parole Board |
| Statutory Authority for the Board/Enabling Legislation: | 13-8-1 |
| Appointing Authority: (i.e. Governor) | Governor |
| Date of Appointment: | 8/2/05 |
| Expiration of Term: | 1/31/06 |
| Person Replaced: | Sharon Jackvony |
| Duties and Responsibilities: | |

I, Victoria M. Almeida hereby make oath to support the Constitution and Laws of this State, and the Constitution of the United States, and faithfully and impartially to discharge according to the best of my abilities the duties of the above referenced office.

Signed: [signature]
Address: One Citizens Plaza 8th Floor
Providence, RI 02903
Telephone: 401-274-7200
Dated: 8/5/05
Providence County, Rhode Island

Signed before me, this 5th day of August, 2005

[signature]
Kathleen Amoruso
Notary Public
Exp 6/20/05

FILED
SECRETARY OF STATE
AUG 11 2005
PUBLIC INFORMATION
CENTER

06 MAR -8 AM 10:02

**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**
Public Information Division
Office of the Secretary of State
State House, Room 38
Providence, RI 02903

# CERTIFICATE OF ENGAGEMENT

Certificate to be filled out and delivered to the Secretary of State within THIRTY (30) DAYS after the date of Commission pursuant to § 36-1-4 of the General Laws of Rhode Island. Please type or print.

| | |
|---|---|
| Name: | Victoria M. Almeida |
| Elected or Appointed Office: | Appointed |
| Board: | Parole Board |
| Statutory Authority for the Board/Enabling Legislation: | 13-8-1 |
| Appointing Authority: (i.e. Governor) | Governor |
| Date of Appointment: | 1/31/06 |
| Expiration of Term: | 1/31/09 |
| Person Replaced: | reappointment |
| Duties and Responsibilities: | |

I, Victoria Almeida hereby make oath to support the Constitution and Laws of this State, and the Constitution of the United States, and faithfully and impartially to discharge according to the best of my abilities the duties of the above referenced office.

Signed: [signature]
Address: P.O. Box 7365 2979 Diamond Hill Rd
Cumberland, RI 02864
Telephone: 401-274-7200 x 237
Dated: 3/6/06
Providence County, Rhode Island

FILED
SECRETARY OF STATE
MAR 08 2006
PUBLIC INFORMATION CENTER

Signed before me, this 6th day of March, 2006

[signature]
Kathleen A. Mooney
Notary Public

State of Rhode Island and Providence Plantations
State House
Providence, Rhode Island 02903-1196
401-222-2080

Donald L. Carcieri
Governor

December 7, 2006

TO THE HONORABLE, THE SECRETARY OF STATE:

I have the honor to inform you that in accordance with the provisions of Section 13-8-1 of the Rhode Island General Laws, I have made the following reappointment to the Parole Board:

**Charles Denby, II MD of Barrington**
(Psychiatrist)

for a term expiring January 31, 2009.

Sincerely,

Donald L. Carcieri
Governor

cc: Honorable Charles Fogarty, Lieutenant Governor
Honorable Joseph Montalbano, Senate President
Honorable Dennis Algiere, Senate Minority Leader
Honorable William Murphy, Speaker of the House
Honorable Robert Watson, House Minority Leader
Rhode Island Ethics Commission
Lisa Holley, Chair, Parole Board
Legislative Press Bureau
Law Revision Office
Appointed Member

FILED
SECRETARY OF STATE
DEC 29 2006
PUBLIC INFORMATION
CENTER

State of Rhode Island and Providence Plantations
State House
Providence, Rhode Island 02903-1196
401-222-2080

06 OCT -5 AM 8:47

Donald L. Carcieri
Governor

October 2, 2006

TO THE HONORABLE, THE SECRETARY OF STATE:

I have the honor to inform you that in accordance with the provisions of Section 13-8-1 of the Rhode Island General Laws, I have made the following reappointment as Chairperson to the Parole Board:

**Lisa S. Holley of East Greenwich**
**Chairperson**

for a term expiring October 1, 2008.

Sincerely,

Donald L. Carcieri
Governor

cc: Honorable Charles Fogarty, Lieutenant Governor
Honorable Joseph Montalbano, Senate President
Honorable Dennis Algiere, Senate Minority Leader
Honorable William Murphy, Speaker of the House
Honorable Robert Watson, House Minority Leader
Rhode Island Ethics Commission
Governor's Media Office
Legislative Press Bureau
Law Revision Office
Appointed Member

FILED
SECRETARY OF STATE
NOV 10 2006
PUBLIC INFORMATION CENTER

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
Public Information Division
Office of the Secretary of State
State House, Room 38
Providence, RI 02903

# CERTIFICATE OF ENGAGEMENT

Certificate to be filled out and delivered to the Secretary of State within THIRTY (30) DAYS after the date of Commission pursuant to § 36-1-4 of the General Laws of Rhode Island. Please type or print.

| | |
|---|---|
| Name: | Lisa Holley |
| Elected or Appointed Office: | |
| Board: | Parole Board |
| Statutory Authority for the Board/Enabling Legislation: | 13-8-1 |
| Appointing Authority: (i.e. Governor) | Governor |
| Date of Appointment: | 5/4/05 |
| Expiration of Term: | 10/1/06 |
| Person Replaced: | reappointment |
| Duties and Responsibilities: | Chairperson |

I, LISA S. HOLLEY hereby make oath to support the Constitution and Laws of this State, and the Constitution of the United States, and faithfully and impartially to discharge according to the best of my abilities the duties of the above referenced office.

Signed: Lisa S. Holley
Address: 166 LAUREL HILL RD
EAST GREENWICH, RI
Telephone: 401-884-7989
Dated: May 20, 2005
PROVIDENCE County, Rhode Island

FILED
SECRETARY OF STATE
AUG 11 2005
PUBLIC INFORMATION CENTER

Signed before me, this 20th day of May, 2005

[signature]

05 MAY 23 AM 9:53

State of Rhode Island and Providence Plantations
State House
Providence, Rhode Island 02903-1196
401-222-2080

Donald L. Carcieri
Governor

May 20, 2005

TO THE HONORABLE, THE SECRETARY OF STATE:

I have the honor to inform you that in accordance with the provisions of Section 13-8-1 of the Rhode Island General Laws, I have made the following reappointment to the Parole Board:

**Bennett R. Gallo of Coventry**

for a term expiring January 31, 2007.

Sincerely,

Donald L. Carcieri
Governor

cc: Honorable Charles Fogarty, Lieutenant Governor
Honorable Joseph Montalbano, Senate President
Honorable Dennis Algiere, Senate Minority Leader
Honorable William Murphy, Speaker of the House
Honorable Robert Watson, House Minority Leader
Rhode Island Ethics Commission
Legislative Press Bureau
Law Revision Office
Lisa Holley, Chairperson, Parole Board
Appointed Member

FILED
SECRETARY OF STATE
JUN 09 2005
PUBLIC INFORMATION
CENTER

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
Public Information Division
Office of the Secretary of State
State House, Room 38
Providence, RI 02903

# CERTIFICATE OF ENGAGEMENT

Certificate to be filled out and delivered to the Secretary of State within THIRTY (30) DAYS after the date of Commission pursuant to § 36-1-4 of the General Laws of Rhode Island. Please type or print.

| | |
|---|---|
| Name: | Bennett Gallo |
| Elected or Appointed Office: | |
| Board: | Parole Board |
| Statutory Authority for the Board/Enabling Legislation: | 13-8-1 |
| Appointing Authority: (i.e. Governor) | Governor |
| Date of Appointment: | 5/20/05 |
| Expiration of Term: | 1/31/07 |
| Person Replaced: | Reappointment |
| Duties and Responsibilities: | |

I, Bennett Gallo hereby make oath to support the Constitution and Laws of this State, and the Constitution of the United States, and faithfully and impartially to discharge according to the best of my abilities the duties of the above referenced office.

Signed: [signature]
Address: 2 Division Rd
West Greenwich, RI 02817
Telephone: 885-5062
Dated: May 26, 2005
Kent County, Rhode Island

FILED
SECRETARY OF STATE
AUG 11 2005
PUBLIC INFORMATION
CENTER

Signed before me, this 26th day of May, 2005

[signature]
Notary Public

07 JUN 21 AM

State of Rhode Island and Providence Plantations
State House
Providence, Rhode Island 02903-1196
401-222-2080

Donald L. Carcieri
Governor

February 27, 2007

TO THE HONORABLE, THE SENATE:

I have the honor to inform you that in accordance with the provisions of Section 13-8-1 of the Rhode Island General Laws, I have made the following reappointment to the Parole Board:

**Frederic G. Reamer, Ph.D. of Providence**

for a term expiring January 31, 2010.

To this reappointment, I respectfully request your advice and consent.

Sincerely,

Donald L. Carcieri
Governor

IN THE SENATE
Referred to the Committee on
JUDICIARY
MAR 01 2007
Reading Clerk

IN SENATE 6-19-07
THE COMMITTEE ON JUDICIARY RECOMMENDS THE SENATE GIVE ITS ADVICE AND CONSENT TO THIS APPOINTMENT.
FOR THE COMMITTEE

FILED
SECRETARY OF STATE
JUN 21 2007
PUBLIC INFORMATION CENTER

IN THE SENATE
ADVICE AND CONSENT
OF THE SENATE GIVEN HERETO
JUN 20 2007
Reading Clerk

IN THE SENATE
Order to be placed upon the
CONSENT CALENDAR
JUN 20 2007
Reading Clerk

**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**
Public Information Division
Office of the Secretary of State
State House, Room 38
Providence, RI 02903

# CERTIFICATE OF ENGAGEMENT

Certificate to be filled out and delivered to the Secretary of State within THIRTY (30) DAYS after the date of Commission pursuant to § 36-1-4 of the General Laws of Rhode Island. Please type or print.

| | |
|---|---|
| Name: | Frederick G. Reamer, Ph.D |
| Elected or Appointed Office: | Appointed |
| Board: | Parole Board |
| Statutory Authority for the Board/Enabling Legislation: | 13-8-1 |
| Appointing Authority: (i.e. Governor) | Governor |
| Date of Appointment: | 2/27/07 |
| Expiration of Term: | 1/31/10 |
| Person Replaced: | reappointment |
| Duties and Responsibilities: | |

I, ______________________ hereby make oath to support the Constitution and Laws of this State, and the Constitution of the United States, and faithfully and impartially to discharge according to the best of my abilities the duties of the above referenced office.

Signed: Frederick G Reamer
Address: 51 Cadwell Ave.
Pawtucket, RI 02860
Telephone: 401-728-4420
Dated: 3/30/07
Providence County, Rhode Island

Signed before me, this 30 day of March, 2007

Janice MB Tegu
My comm exp 3/15/2009

05 JUN -7 P 2:59

State of Rhode Island and Providence Plantations
State House
Providence, Rhode Island 02903-1196
401-222-2080

Donald L. Carcieri
Governor

March 28, 2006

TO THE HONORABLE, THE SENATE:

I have the honor to inform you that in accordance with the provisions of Section 13-8-1 of the Rhode Island General Laws, I have made the following appointment to the Parole Board:

**Thomas Verdi of Providence**

VICE
Arthur C. Jones

for a term expiring January 31, 2008.

To this appointment, I request your advice and consent.

Sincerely,

Donald L. Carcieri
Governor

IN THE SENATE
Referred to the Committee on
JUDICIARY
MAR 30 2006
Reading Clerk

IN SENATE 6-15-06
THE COMMITTEE ON JUDICIARY RECOMMENDS THE SENATE GIVE ITS ADVICE AND CONSENT TO THIS APPOINTMENT.
FOR THE COMMITTEE

FILED
SECRETARY OF STATE
AUG 08 2006
PUBLIC INFORMATION CENTER

IN THE SENATE
ADVICE AND CONSENT
OF THE SENATE GIVEN HERETO
JUN 21 2006
Reading Clerk

IN THE SENATE
Order to be placed upon the
CONSENT CALENDAR
JUN 20 2006
Reading Clerk

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
Public Information Division
Office of the Secretary of State
State House, Room 38
Providence, RI 02903

# CERTIFICATE OF ENGAGEMENT

Certificate to be filled out and delivered to the Secretary of State within THIRTY (30) DAYS after the date of Commission pursuant to § 36-1-4 of the General Laws of Rhode Island. Please type or print.

| | |
|---|---|
| Name: | Thomas A. Verdi |
| Elected or Appointed Office: | member |
| Board: | Parole Board |
| Statutory Authority for the Board/Enabling Legislation: | 13-8-1 |
| Appointing Authority: (i.e. Governor) | Governor |
| Date of Appointment: | March 28, 2006 |
| Expiration of Term: | January 31, 2008 |
| Person Replaced: | Arthur C. Jones |
| Duties and Responsibilities: | |

I, Thomas A. Verdi hereby make oath to support the Constitution and Laws of this State, and the Constitution of the United States, and faithfully and impartially to discharge according to the best of my abilities the duties of the above referenced office.

Signed: Thomas A. Verdi
Address: 74 Stiness Dr.
Warwick, R.I. 02886
Telephone: H-885-9457 C#641-3540
Dated: 4-2-2006
Kent County, Rhode Island

Signed before me, this 2nd day of APRIL, 2006

FILED
SECRETARY OF STATE
AUG 08 2006
PUBLIC INFORMATION CENTER

Michelle L. Verdi
MICHELLE L. VERDI
My commission expires on 5/29/09.

05 JUL 13 AM 10:01

**State of Rhode Island and Providence Plantations**
State House
Providence, Rhode Island 02903-1196
401-222-2080

Donald L. Carcieri
Governor

July 12, 2005

TO THE HONORABLE, THE SECRETARY OF STATE:

I have the honor to inform you that in accordance with the provisions of Section 13-8-1 of the Rhode Island General Laws, I have made the following reappointment to the Parole Board:

**Kenneth R. Walker, Ed.D. of East Providence**

for a term expiring January 31, 2008.

Sincerely,

Donald L. Carcieri
Governor

cc: Honorable Charles Fogarty, Lieutenant Governor
Honorable Joseph Montalbano, Senate President
Honorable Dennis Algiere, Senate Minority Leader
Honorable William Murphy, Speaker of the House
Honorable Robert Watson, House Minority Leader-elect
Rhode Island Ethics Commission
Lisa Holley, Chairman, Parole Board
Legislative Press Bureau
Law Revision Office
Appointed Member

FILED
SECRETARY OF STATE
AUG 11 2005
PUBLIC INFORMATION
CENTER

SECRETARY OF STATE
PUBLIC INFORMATION CENTER
08 APR 23 PM 12:48

**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**
Public Information Division
Office of the Secretary of State
State House, Room 38
Providence, RI 02903

# CERTIFICATE OF ENGAGEMENT

Certificate to be filled out and delivered to the Secretary of State within THIRTY (30) DAYS after the date of Commission pursuant to § 36-1-4 of the General Laws of Rhode Island. Please type or print.

| | |
|---|---|
| Name: | Kenneth Walker, Ed.D. |
| Elected or Appointed Office: | Appointed |
| Board: | Parole Board |
| Statutory Authority for the Board/Enabling Legislation: | 13-8-1 |
| Appointing Authority: (i.e. Governor) | Governor |
| Date of Appointment: | 4/7/08 |
| Expiration of Term: | 1/31/11 |
| Person Replaced: | Reappointment |
| Duties and Responsibilities: | |

I, KENNETH R WALKER hereby make oath to support the Constitution and Laws of this State, and the Constitution of the United States, and faithfully and impartially to discharge according to the best of my abilities the duties of the above referenced office.

Signed: Kenneth R. Walker
Address: 329 BROWN ST.
EAST PROVIDENCE
Telephone: (401) 434-5569
Dated: April 15, 2008
PROVIDENCE County, Rhode Island

Signed before me, this 14 day of April, 2008

[signature]

OFFICIAL SEAL
JOHN D. BIAFORE
NOTARY PUBLIC – RHODE ISLAND AND PROVIDENCE PLANTATIONS
My Comm. Expires 7/03/09

05 SEP -7 PM 3:53

**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**
Public Information Division
Office of the Secretary of State
State House, Room 38
Providence, RI 02903

# CERTIFICATE OF ENGAGEMENT

Certificate to be filled out and delivered to the Secretary of State within THIRTY (30) DAYS after the date of Commission pursuant to § 36-1-4 of the General Laws of Rhode Island. Please type or print.

| | |
|---|---|
| Name: | Kenneth Walker |
| Elected or Appointed Office: | Appointed |
| Board: | Parole Board |
| Statutory Authority for the Board/Enabling Legislation: | 13-8-1 |
| Appointing Authority: (i.e. Governor) | Governor |
| Date of Appointment: | 7/12/05 |
| Expiration of Term: | 1/31/08 |
| Person Replaced: | Reappointment |
| Duties and Responsibilities: | |

I, ______________________ hereby make oath to support the Constitution and Laws of this State, and the Constitution of the United States, and faithfully and impartially to discharge according to the best of my abilities the duties of the above referenced office.

Signed: Kenneth R. Walker
Address: 399 Brown St.
East Providence, RI 02914
Telephone: (401) 434-5569
Dated: August 24, 2005
PROVIDENCE County, Rhode Island

FILED
SECRETARY OF STATE
OCT 24 2005
PUBLIC INFORMATION
CENTER

Signed before me, this 23rd day of AUGUST, 2005

Paula A. [signature]

# State of Rhode Island and Providence Plantations

**A. Ralph Mollis**
*Secretary of State*

I, *Paul F. Caranci, Deputy Secretary of State* of the State of Rhode Island and Providence Plantations **hereby Certify** that the aforegoing is a true xerographic copy of:

*The Letters of appointment and Certificates of Engagement for the members of the Rhode Island Parole Board 13-8 of the Rhode Island General Laws: Victoria M. Almeida, Esq., Charles Denby, II MD, Lisa S. Holley, Bennett R. Gallo, Frederic G. Reamer, Ph.D., Thomas Verdi and Kenneth R. Walker*

taken from the records in this office and compared with the original *Letters of Appointment and Certificates of Engagement for the Rhode Island Parole Board* and now remaining in this office.

**In Testimony Whereof,** I have hereunto
Set my hand and affixed the seal of the
State of Rhode Island and Providence Plantations
this, twenty-forth day of April, A.D. 2008

Deputy Secretary of State

SEAL OF THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS 1636