I got this straight off the state government web site. It's a copy of the bill that just passed the senate and that the governor signed. I only sent the article we're interested in....

# 2008 -- H 7204 SUBSTITUTE A AS AMENDED

LC00897/SUB A/27

## S T A T E O F R H O D E I S L A N D

**IN GENERAL ASSEMBLY**
**JANUARY SESSION, A.D. 2008**

A N A C T
MAKING REVISED APPROPRIATIONS FOR THE SUPPORT OF THE STATE FOR FISCAL YEAR ENDING JUNE 30, 2008
Introduced By: Representatives Mumford, Ehrhardt, and Story
Date Introduced: January 23, 2008
Referred To: House Finance
It is enacted by the General Assembly as follows:

**ARTICLE 7**

RELATING TO CRIMINALS – CORRECTIONAL INSTITUTIONS -- PAROLE

SECTION 1. Section 13-8-14.1 of the General Laws in Chapter 13-8 entitled "Parole" is hereby amended to read as follows:

**13-8-14.1. Parole standards.** -- (a) At least once each calendar year the parole board shall adopt standards to be utilized by the board in evaluating applications for parole of persons convicted of a criminal offense and sentenced to the adult correctional institutions. These standards shall establish, with the range of parole eligibility set by statute, the portion of a sentence which should be served upon conviction for each category of criminal offense prior to parole, depending on the likelihood of recidivism as determined by a risk assessment, and shall serve as guidelines for the board in making individual parole determinations.

(b) The board shall consider the applicable standard prior to rendering a decision on a parole application, and may make a determination at variance with that standard only upon a finding that the determination is warranted by individualized factors, such as the character and criminal record of the applicant, the nature and circumstances of the offense or offenses for which the applicant was sentenced, the conduct of the applicant while incarcerated, and the criteria set forth in section 13-8-14.

(c) In each case where the board grants an application prior to the time set by the applicable standard or denies an application on or after the time set by that standard, the board shall set forth in writing the rationale for its determination.

SECTION 2. Sections 42-56-24 and 42-56-26 of the General Laws in Chapter 42-56 entitled "Corrections Department" are hereby amended to read as follows:

**42-56-24. Time allowed for good behavior. – Earned time for good behavior or program participation or completion.** -- - (a) The director, or his or her designee, shall keep a record of the conduct of each prisoner, and for each month that a prisoner who has been sentenced to imprisonment for six (6) months or more and not under sentence to imprisonment for life, appears by the record to have faithfully observed all the rules and requirements of the institutions and not to have been subjected to discipline, and is serving a sentence imposed for violation of sexual offenses under sections 11-37-2, 11-37-4, 11-37-6, 11-37-8, 11-37-8.1 and 11-37-8.3 or 11-9-1.3 there shall, with the consent of the director of the department of corrections, or his or her designee, upon recommendation to him or her by the assistant director of institutions/operations, be deducted from the term or terms of sentence of that prisoner the same number of days that there are years in the term of his or her sentence; provided, that when the