United States District Court
For the District of Rhode Island

Douglas Pelletier pro se Plaintiff

V C.A. NO. 07-186 S

State of Rhode Island and Rhode Island
Parole Board Members defendants

Motion to Incorporate New Issue

Now comes the plaintiff, Douglas Pelletier pro se in the above entitled action and respectfully requests to incorporate a New (Although connected) issue into his 1983 suit.

Very recently (may 2008) the R.I. legislature has amended the law regarding parole release (R.I.G.L. 13-8-14.1 Exhibit (1)). According to this amendment, parole is now (in part) "depending on the likelihood of recidivism as determined by a risk assessment". This plaintiff has just written for an early review of parole based on this new amendment, as well as other factors (see exhibit (2)). Plaintiff has also asked the parole board to consider his risk assessment which is contained in evidence

and has been presented to the parole board twice. This (26 pg.) extensive psychiatric evaluation, and accompanying risk assessment shows this plaintiff to be about (1/5) as likely to reoffend than the average R.I. inmate released. The R.I. rate is (31%) within the first year and (50%) within (3) years. My risk assessment is scientifically calculated at (based on objective and static factors) (12%) possibility of recidivism within (5) years, (14%) within 10 years, and (19%) within (15) years, (so there is about an 80% chance I'll still be a law abiding citizen (15) years from now if released). The board certified psychiatrist who conducted this evaluation went on to state that based on less objective (non-static) factors I was at an <u>even lower</u> risk of re-offending. This evaluation (again) has been presented as an exhibit.

Based on the new portion of the law, and the existing evidence plaintiff asks this <u>NEW</u> issue be incorporated into his 1983 suit.

Plaintiff also requests that the R.I. Parole Board (through their Attorney) submit to a supplemental discovery request, and supply plaintiff a copy of the parole boards' <u>complete</u> risk assessment evaluation

system. Plaintiff asks this that Justice might be served.

Respectfully Submitted,

Douglas Pelletier pro se'
P.O. Box 8274
Medium I AR-48T
Cranston, RI, 02920

## Certification

I, Douglas Pelletier do hereby certify that a true copy of this motion was mailed via the U.S. Postal system to Richard Woolley, at the Attorney General's office, 150 South main St., Providence, R.I., 02903 on this 23rd day of May 2008. I also certify that a true copy of the request for an early reconsideration of parole was mailed to Lisa Holley, Chairwoman R.I. Parole Board, at 40 Howard Ave, Cranston, R.I., 02920 on this same day (May 23, 2008).