**IANNITELLI LAW OFFICES**

PO Box 284, GREENVILLE, RHODE ISLAND 02828

Phone 949-2442

May 31, 2002

COPY

Ms. Lisa Holley
R.I. Parole Board
One Center Place
Providence, Rhode Island

Dear Ms. Holley:

This office represents Mr. Douglas Pelletier. Mr. Pelletier has been incarcerated for approximately 13 years and since I have become acquainted with him in 1998, he has impressed me as a person who has consistently tried to improve himself; participating in programs and taking full responsibility for his incarceration. I do request that he be reviewed in the near future to assess his progress. Thank you for consideration of this request.

Sincerely,

Susan Iannitelli

cc: Peter Loss, D.O.C.
Douglas Pelletier

Exhibit (1)

Pg 3