# IANNITELLI LAW OFFICES

Copy.

PO Box 284, GREENVILLE, RHODE ISLAND 02828

Phone 949-2442 Fax 949-5930 (call ahead)

November 29, 2007

Mr. Ronald Tutalo
Supreme Court Administrator
State of Rhode Island
250 Benefit St.
Providence, Rhode Island

RE: *Douglas Pelletier v. State of Rhode Island* 06-214-A

Dear Mr. Tutalo:

Thank you for sending me the copy of Mr. Pelletier's letter. I must say I am surprised by it, especially in view of the relationship I have had with Mr. Pelletier for many years. After his earlier post conviction action I corresponded with him occasionally and discussed his situation with his therapist and requested early consideration by the Parole Board, all on a *pro bono* basis because I was impressed by his positive attitude. As to the conflict issue; this also surprises me as I have had the chance to review our correspondence since the beginning of the pending case and I see that he and I discussed this in our letters and had, I thought, resolved it. In addition to our correspondence, I filed a motion in Newport Superior Court to obtain his transcripts which was granted on October 24, 2007. The Transcripts have been ordered we are necessarily in a holding pattern until I can see them. Obviously, if the transcripts should indicate an actual conflict, I would bring this to your attention. Mr. Pelletier wrote me a very nice letter in early November and has cooperated with me in obtaining the transcripts by filling out the appropriate form. I have no objection in his request for a different attorney or, if he wishes for me to continue, I would be happy to continue.

Sincerely,

/S/
Susan Iannitelli

Cc: Douglas Pelletier

Exhibit (2)