Re: Parole Evaluation

3/10/07

Dear Mr. Loss

Hello, I am writing you today to get a report from you in regards to my readiness for parole. I left your program in 2002 to pursue my legal avenues which I am still in the process of doing. Prior to my leaving your program you had allowed me to file for an early review of my parole and even stated that you didn't believe I would re-offend, but you felt I should still work on my anger. Since that time I have been working with the psychiatrist (last 3-4 years) and have been diagnosed as a bi-polar-(2) for which I take Depakote. This has worked well for me. During the litigation process I did have my sentence overturned. That decision was reversed by the RI Supreme Court (and is still under appeal). When the Superior Court "was" going to re-sentence me the Judge had prepared an extensive psychiatric evaluation by Dr. Barry Wall (which I have enclosed, Dr Wall was agreed upon by both prosecution and my attorney).

The reason I am writing you today

Exhibit (3)

(2)

is I feel the evidence shows my readiness for parole. I have signed your contract and would like your evaluation as you do for other prospective parolees based on the time I was in your program and now with the further report prepared by Dr. Wall.

I assume the contract is still valid and you can legally view my evaluation, as well as give a report. I would ask that a copy be sent to Ms. Holley whom I know you work closely with. I will be writing the parole board in a week or so requesting a review of my parole. I also ask that you keep everything in writing as I am still involved in alot of legal work, unfortunately I may yet have to file more involving you and the parole board (this is why I ask everything be in writing). I still have several matters pending on appeal (including my resentencing). I would prefer to just make parole and get out of here. I don't mind going to counseling on the street or even registering even though I'm not required to. The fact is I've been in Jail almost 18 ½ years, more time than most serve for murder. I'm at the point

(3)

Where if I don't start over (being able to work in the Construction Field, where I have a good Job waiting) in the near future, I'll be too old. I would appreciate you writing a Fair report on me even though I am no longer in your program. I hope you can understand the situation I am in, right now I am stuck between a rock and a hard spot, so I'm making every effort and praying you and Ms Holley are Fair with me. I look forward to getting a copy of your report, you can keep me evaluation For your File, it is an extra copy. Thank you For your time and cooperation.

Sincerely,

Douglas Pelletier

Douglas Pelletier
P.O. Box 8274
Medium I AR-41
Cranston RI 02920

Copy: Judge Thunberg
C.A. No. N1/89-194

Certification

I, Douglas Pelletier, do hereby certify that a true copy of this letter was mailed to Mr. Peter Loss, Medium I, Director SOTP B-Left, through the inter-departmental mail system of the A.C.I on this 12th day of March 2007.

Douglas Pelletier