UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOUGLAS J. PELLETIER, Plaintiff, | : | |
| v. | : | C.A. No. 07-186 S |
| STATE OF RHODE ISLAND, et al., Defendants. | : | |

OBJECTION TO PLAINTIFF'S
MOTION TO INCORPORATE NEW ISSUE

Now come Defendants and hereby object to Plaintiff's Motion to Incorporate New Issue on the grounds that the motion is premature, inappropriate and otherwise objectionable. The Parole Board is required to follow the Administrative Procedures Act when adopting new guidelines such as use of risk assessment and is in the process of doing so. The guideline for risk assessment has not yet been adopted. (See June 3, 2008 letter hereto attached)

Plaintiff's motion should be denied.

DEFENDANTS,
State of Rhode Island
Rhode Island Parole Board
Lisa Holley
Charles Denby
Frederic Reamer, Ph.D.
Arthur Jones

By Their Attorney,
PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Richard B. Woolley*

Richard B. Woolley, #1452
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
(fax) 222-2995
rwoolley@riag.ri.gov

CERTIFICATION

I hereby certify that I filed the within document through the United States District Court ECF filing system and caused a copy to be sent to Douglas J. Pelletier, Pro Se, Medium One Security (AR-41), Post Office Box 8274, Cranston, Rhode Island 02920 on this 11th day of June, 2008 by first class mail, postage prepaid.

*/s/ Richard B. Woolley*