RI PAROLE BOARD
40 HOWARD AVENUE
CRANSTON, RHODE ISLAND 02920

DATE: June 3, 2008

INMATE: Douglas Pelletier DOB: 11/23/63 ID#: 076890
SECURITY: MEDIUM II
AREA: A MODR
CELL: 48T

Dear Mr. Pelletier:

I am in receipt of your latest letter dated May 23, 2008 in which you ask for an earlier parole reconsideration and refer to RIGL § 13-8-14.1, whereby the Board will use Risk as a factor instead of offense.

While you have indeed submitted a psychiatric evaluation to the Board in the past, this is not the risk instrument that the Board will use. Our risk instrument has been developed and normed on our correctional population using recidivism studies. Additionally it was developed by a nationally recognized criminologist and researcher.

We will be hold our annual Public Hearing and Open Meeting over the next month. At that time the Board will decide whether to promulgate new policies and guidelines using the risk tool. The new guidelines will be available by the beginning of August. Under the Administrative Procedures Act we cannot adopt new guidelines until we hold the above mentioned meetings.

We can discuss this further when we meet with you in November 2008

Sincerely,

Lisa S. Holley

Lisa S. Holley
Chairperson
RI Parole Board

LSH:al