this state (including manufacturers, refiners, and distributors and retailers), and to other persons as defined above.

(16) "New vehicle" means any mode of transportation for which a certificate of title is required pursuant to title 31 and for which a certificate of title has not been previously issued in this state or any other state or country.

(17) "Organic solvent" is as defined in § 37-15.1-3.

(18) "Person" means any natural person, corporation, partnership, joint venture, association, proprietorship, firm, or other business entity.

(19) "Prior calendar year" means the period beginning with January 1 and ending with December 31 immediately preceding the permit application due date.

(20) "Qualifying activities" means selling or offering for retail sale food or beverages for immediate consumption and/or packaged for sale on a take out or to go basis regardless of whether or not the items are subsequently actually eaten on or off the vendor's premises.

(21) "Vending machine" means a self-contained automatic device that dispenses for sale foods, beverages, or confection products.

SECTION 2. This article shall take effect as of May 1, 2008.

## ARTICLE 7

RELATING TO CRIMINALS – CORRECTIONAL INSTITUTIONS -- PAROLE

SECTION 1. Section 13-8-14.1 of the General Laws in Chapter 13-8 entitled "Parole" is hereby amended to read as follows:

**13-8-14.1. Parole standards. --** (a) At least once each calendar year the parole board shall adopt standards to be utilized by the board in evaluating applications for parole of persons convicted of a criminal offense and sentenced to the adult correctional institutions. These standards shall establish, with the range of parole eligibility set by statute, the portion of a sentence which should be served ~~upon conviction for each category of criminal offense prior to parole,~~ depending on the likelihood of recidivism as determined by a risk assessment, and shall serve as guidelines for the board in making individual parole determinations.

(b) The board shall consider the applicable standard prior to rendering a decision on a parole application, and may make a determination at variance with that standard only upon a finding that the determination is warranted by individualized factors, such as the character and criminal record of the applicant, the nature and circumstances of the offense or offenses for which the applicant was sentenced, the conduct of the applicant while incarcerated, and the criteria set forth in section 13-8-14.

(c) In each case where the board grants an application prior to the time set by the



* Amended Law *
Exhibit (1)