RI PAROLE BOARD
40 HOWARD AVENUE/
CRANSTON, RHODE ISLAND 02920

DATE: May 30, 2007

INMATE: Douglas Pelletier DOB: 11/23/63 ID#: 76890
SECURITY: MEDIUM
AREA: AMODR
CELL: 41

Dear Mr. Pelletier:

I am responding to your letter dated May 4, 2007 on behalf of Ms. Lisa Holley.

The Parole Board will begin using the Risk Assessment Tool in July 2007 to assist them in making release decisions. The criteria on the assessment will be: Prior Felony Conviction, Parole/Probation Status at Admission, Current Offense, History of Violent/Assaultive Convictions/Adjudications, Current Age, Completed Education/Substance Abuse/Vocation Program, Current Scored Custody Level and Disciplinary Report Severity in last 24 months.

In answering other questions that you had the numbers are as follows:

Inmates seen in April – 159
Inmates paroled in April – 57
Inmates denied in April – 78
Inmates continued in April – 24
Sex offenders seen in April – 11
Sex offenders paroled in April - 0
Sex offenders denied in April – 11

I hope this information is adequate.

Sincerely,

Annmarie Bolvin

Ann Marie Bolvin
Executive Secretary
RI Parole Board

Exhibit (4)