**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rhode Island Parole Board office
Caprio Building
One Center Place
Providence, RI
02903

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Ming
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 10-14-04

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7099 3400 0008 9912 0759

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7099 3400 0008 9912 0759

Article Sent To:
RI Parole Board office, Caprio Building
One Center place Providence RI 02903

| | |
|---|---|
| Postage | $ J |
| Certified Fee | J |
| Return Receipt Fee (Endorsement Required) | J |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.57 |

Postmark Here

Name (Please Print Clearly) (to be completed by mailer)
Douglas Pelletier
Street, Apt. No.; or PO Box No.
P.O. Box 8274 Medium I AL-39
City, State, ZIP+4
Cranston RI 02920

PS Form 3800, July 1999 See Reverse for Instructions

Exhibit (2)