RIGL 11-26-1 **KIDNAPPING**

A person convicted and sentenced to prison on a charge of Kidnapping, as defined in RIGL §11-26-1, should serve two-thirds (2/3) of his/her sentence before being considered for parole release.

RIGL 11-26-1.1 **CHILDSNATCHING**

A person convicted and sentenced to prison on a charge of Child Snatching, as defined in RIGL §11-26-1.1, should serve one-third (1/3) of his/her sentence before being considered for parole release.

RIGL 11-26-1.2 **ABDUCTION OF CHILD**

A person convicted and sentenced to prison on a charge of Abduction of a Minor, as defined in RIGL §11-26-1.2, should serve two-thirds (2/3) of his/her sentence before being considered for parole release.

RIGL 11-26-1.4 **KIDNAPPING OF A MINOR**

A person convicted and sentenced to prison on a charge of Kidnapping of a Minor, as defined in RIGL §11-26-1.4, should serve two-thirds (2/3) of his/her sentence before being considered for parole release.

RIGL 11-37-2 **FIRST DEGREE SEXUAL ASSAULT**

A person convicted and sentenced to prison on a charge of First Degree Sexual Assault, as defined in RIGL §11-37-2, should serve two-thirds (2/3) or no more than fifteen (15) years of his/her sentence before being considered for parole release.

RIGL 11-37-4 **SECOND DEGREE SEXUAL ASSAULT**

A person convicted and sentenced to prison on a charge of Second Degree Sexual Assault, as defined in RIGL §11-37-4, should serve two-thirds (2/3)or no more than fifteen (15) years of his/her sentence before being considered for parole release.



Exhibit (3)