**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DOUGLAS J. PELLETIER,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-186 S** |
| | : | |
| **STATE OF RHODE ISLAND, et al.,** | : | |
| **Defendants.** | : | |

**OBJECTION TO PLAINTIFF'S EMERGENCY MOTION FOR BAIL PENDING OUTCOME OF (1983) CASE OR IN THE ALTERNATIVE A PRELIMINARY INJUNCTION/DECLATORY INJUNCTION ORDERING A NEW PAROLE HEARING**

Now come Defendants and hereby object to Plaintiff's Emergency Motion. Defendants rely on their previous filings with the Court in support of this Objection.

Plaintiff's motion should be denied.

DEFENDANTS,
State of Rhode Island
Rhode Island Parole Board
Lisa Holley
Charles Denby
Frederic Reamer, Ph.D.
Arthur Jones

By Their Attorney,
PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Richard B. Woolley*

Richard B. Woolley, #1452
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
(fax) 222-2995
rwoolley@riag.ri.gov

CERTIFICATION

I hereby certify that I filed the within document through the United States District Court ECF filing system and caused a copy to be sent to Douglas J. Pelletier, Pro Se, Medium One Security (AR-41), Post Office Box 8274, Cranston, Rhode Island 02920 on this 1st day of July, 2008 by first class mail, postage prepaid.

*/s/ Richard B. Woolley*