STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**Department of Corrections**

**Roberta Richman**
*Assistant Director*
*Rehabilitative Services*

June 24, 2008

Mr. Douglas Pelletier, #76890
Medium Security, A 48T
PO Box 8274
Cranston, RI 02920

Dear Mr. Pelletier,

Director Wall has forwarded your letter dated May 24, 2000 for my response. As I understand it you are requesting a program that would serve as an alternative to sex offender treatment as a pre-requisite for parole, and also suggesting that the DOC intervene in a standing practice of the Parole Board regarding the requirement of sex offender treatment and recommendation from the director of the program for parole of sex offenders.

Unfortunately, I am not able to assist with either of your requests. The Parole Board relies on recommendations from the clinical director of the Sex Offender Treatment program regarding its parole decisions. The Department has no ability to influence their position. While I understand the dilemma you find yourself in and am sympathetic to how hard it may be, I would suggest that you request a meeting with Mr. Loss to talk about what it would take to resume treatment. Taking that step may demonstrate a good faith effort on your part and might make a positive recommendation possible at some time in the future.

While some programs do have restrictions regarding enrollment, many others do not. I recommend that you watch for notices for new programs and enroll in some of those without restrictions. My understanding of the Parole Board's position however, is that they will not consider alternative programs for sex offenders.

I regret that I cannot be of assistance in this matter and wish you good luck.

Yours truly,

Roberta Richman

Roberta Richman
Assistant Director
Rehabilitative Services

c: Director Wall



Exhibit (2)