Re: C.A. NO. 07-186 S
Pelletier pro se V State of RI and RI Parole Board members

7/30/08

Objections to Report

I, Douglas Pelletier pro se hereby objects to the Courts report of all my requests. The Court has also ignored my requests for sanctions against the State for blatantly providing false information to the Court (these are requested in several motions). I would like accountability for these actions as hopefully it will curtail further similar acts.

The Court aslo stated it is still analyzing whether the State has quasi-Judicial immunity. If prisoners have a Constitutionally protected Liberty interest in parole (which this very Court has stated) how is it enforced (or protected)? The State continues to use un-Constitutional criteria (imposing lifelong programs, being deemed mandatory for parole), they put this in writing so it is not in dispute. Every single state with a Liberty interest in parole has stated you can't do this unless it is part of a sentence or a law. In this

case it is clearly neither. Additionally, Plaintiff who's rights have been and continue to be violated for the last (5 years) has had an extensive, independant psychiatric evaluation done showing he is not a risk to reoffend (this was one factor the state lied about having (they denied this in the "admissions") they later admitted in a letter from Ms Holley that they did).

There is NO relief available in State Court, as numerous State rulings say the parole board has vast, broad (limitless) discretion, this is in direct violation of the rulings this Court set down in Petrarca v State of RI cited at 583 F. Supp 297.

The bottom line is IF we have a Constitutionally protected Liberty interest in Parole, isn't it this Courts Job to Protect these rights? IF the Parole Board is immune from lawsuits (for injunctions), then they are free to violate the Constitutional rights, so do our Constitutional rights mean anything or not?

Plaintiff has been waiting since February 15, 2008 for a ruling on this issue. He is due to be seen in November 2008 by parole, plaintiff would hope the Court can settle this matter (protect his rights) by that time.

Finally, plaintiff wants to note this report is dated July 22, 2008, he only received it today (July 30, 2008). He'd also like to note a letter From plaintiff that was mailed on July 25, 2008 was included with the report so there is no way the report was mailed prior to July 27, 2008. Thank you for your time and hopefully Just ~~speedy~~ verdict.

Sincerely,

Doug Pelletier

Douglas Pelletier prose
P.O. Box 8274
medium I AR-48T
Cranston RI 02920

Certification

I, Douglas Pelletier do hereby certify that a copy of this motion was mailed via the U.S. Postal service to the Attorney General's office, c/o Richard Woolley, 150 South Main St., Providence, RI, 02920 on this 31st day of July 2008.

Doug Pe