United States District Court
For the District of Rhode Island

Douglas Pelletier pro se Plaintiff

V C.A. NO. 07-186 S

State of Rhode Island and Rhode Island Parole Board Members defendants

Motion to Include (Attached) Issue and Additional defendant (A.T. Wall)

Now comes the plaintiff Douglas Pelletier pro se in the above entitled action and respectfully request he be allowed to include an additional issue as well as a new defendant (A.T. Wall) director, Adult Correctional Institutions in his pending §1983 lawsuit.

Plaintiff is seeking to include the issue of having his due process rights violated and having case law applied in an ex post facto manner. Plaintiff would also like to name A.T. Wall (director of the Adult Correctional Institution (A.C.I.) who's case plaintiff is in) as a defendant.

Plaintiff would like to aver that he is not

challenging his sentence in this matter. He only wished to have an injunction placed against the state requiring them to refrain from denying plaintiff his Constitutional rights.

Plaintiff asks this that Justice might be served.

Respectfully Submitted,
Doug Pell
Douglas Pelletier pro se'
P.O. Box 8274
Medium I AR-48T
Cranston RI 02920

Certification

I, Douglas Pelletier do hereby certify that a true copy of this motion was mailed via the U.S. Postal service to Richard Woolley at the Attorney General's office, 150 South Main St., Providence, R.I., 02903 on this ___ day of August 2008.

Doug Pell