**DECEMBER 12, 2003, MORNING SESSION**

THE CLERK: Your Honor, matter before the Court is State of Rhode Island versus Douglas Pelletier.

What is your name?

THE DEFENDANT: Douglas Pelletier.

THE CLERK: Your Honor, today the matter was scheduled for post conviction relief, a decision by the Court.

THE COURT: Mr. Pelletier, I have made a decision in your case, and it's typed up, and I don't have it in front of me, but it is in my office. We will make a copy and get it downstairs to you. I made a finding that your sentence was in excess of any of the applicable benchmarks and, in general, was an excessive sentence without explanation from the sentencing judge as to what substantial reasons caused the departure in your case, so I am ordering -- you will be resentenced by me, sir, after a thorough presentence investigation. So an officer of probation will be coming to see you and will be asking you for a statement regarding the offense, so you should feel, you know free to say --

THE DEFENDANT: Your Honor, I have written plenty of letters to the Court explaining everything.

THE COURT: I understand. I just want you to be alerted to that fact so if someone does come there

Exhibit (2)

seeking to get your feelings about the offense and your predicament and whatever.

Also, Mr. Pelletier, in reviewing your matter, I came across the information regarding previous psychiatric evaluations. In fact, I saw -- I read of an incident where you, in fact, had suicidal ideation, homicidal ideation, and actually, all of these could help you. So I'm also going to order you to have a psychiatric evaluation by a board certified psychiatrist because, in sentencing, I can take that into account.

THE DEFENDANT: Well, Your Honor, I'm currently seeing one at the ACI now, Nancy Remington.

THE COURT: You are. Okay. How long have you been seeing her? Is she a psychiatrist or psychologist, do you know?

THE DEFENDANT: She prescribed psych meds. I'm pretty sure she's a -- on the board, it does say psychiatrist.

THE COURT: I'll look into that and see if she can identify -- I've seen a couple of diagnoses in your past that are definitely relevant to what happened and would definitely be relevant to sentencing.

So the bottom line is that I agree with your statements that you made.

THE DEFENDANT: So somebody will be coming to see me

Exhibit ( )

up there?

THE COURT: Somebody will be coming to see you; and if any of these people are coming, they're coming because I have ordered a presentence investigation for you.

THE DEFENDANT: Thank you, Your Honor. What date will I be back?

THE CLERK: February 2nd.

THE DEFENDANT: Thank you.

THE COURT: Thank you, sir.

* * * * * * * * * * * * *