UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Douglas Pelletier
    Plaintiff

v.                                                       C.A. No. 07-186S

State of Rhode Island, et al.
    Defendant

### ORDER

The Report and Recommendation of United States Senior Magistrate Judge Jacob Hagopian filed on July 18, 2008, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's objection to the Report and Recommendation is DENIED. Plaintiff's Emergency Hearing Motion and Plaintiff's three(3) Preliminary Injunction Motions are DENIED.

By Order,

/s/ Wendy Neib
Deputy Clerk

ENTER:

/s/ WSmith
William E. Smith
United States District Judge
Date: 8/19/08