UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Douglas Pelletier
Plaintiff

v. C.A. No. 07-186S

State of Rhode Island, et al.
Defendant

**ORDER**

The Report and Recommendation of United States Senior Magistrate Judge Jacob Hagopian filed on July 18, 2008, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's objection to the Report and Recommendation is DENIED. Plaintiff's Emergency Hearing Motion and Plaintiff's three(3) Preliminary Injunction Motions are DENIED.

By Order,

Wendy Seib
Deputy Clerk

ENTER:

WESmith
William E. Smith
United States District Judge

Date: 8/19/08