UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Douglas Pelletier,
    Plaintiff

v.                                              C.A. No. 07-186S

State of Rhode Island, et al.,
    Defendant

**ORDER**

The Report and Recommendation of United States Senior Magistrate Judge Jacob Hagopian dated November 12, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's objection to the Senior Magistrate Judge's Report and Recommendation is DENIED. The defendant's motion to dismiss plaintiff's claims for lack of jurisdiction and venue is DENIED. The defendant's motion to dismiss plaintiff's 1983 claim for failure to state a claim for which relief may be granted is GRANTED and such claims against defendant's are DISMISSED with prejudice. Plaintiff's pendant state law claims are DISMISSED without prejudice.

By Order,

/s/ Wendy Deil
Deputy Clerk

ENTER:

/s/ WSmith
William E. Smith
United States District Judge

Date: 11/26/08